# EXHIBIT A

https://www.chegg.com/ (last visited April 28, 2020)



https://www.chegg.com/study (last visited April 28, 2020)



https://www.chegg.com/homework-help/questions-and-answers/problem-3145-series-circuit-impedance-550-power-factor-0725-frequency-500-hz--source-volta-q9352099 (last visited April 28, 2020) (no subscription)



$$\frac{R'}{Z'} = 1$$
$$R' = Z'$$

Impedance, $Z' = \sqrt{R^2 + (X_L - X_C)^2}$
$$X_L - X_C = 0$$
$$X_L = X_C$$

Inductive reactance, $X_L = L\omega$

$$\begin{aligned}\text{Inductance, } L &= \frac{X_L}{\omega} \\ &= \frac{X_L}{2\pi f} \\ &= \frac{37.88}{2 \times 3.14 \times 50} \\ &= 0.1206\,H\end{aligned}$$

https://www.chegg.com/homework-help/questions-and-answers/problem-3145-series-circuit-impedance-550-power-factor-0725-frequency-500-hz--source-volta-q9352099 (last visited April 28, 2020) (with Chegg subscription)