# EXHIBIT B

☰ **Chegg** | Books | Study | Writing | Flashcards | Math Solver | Tutors | Internships | Sea... 🔍 | Sign in | More ⌄

# Chegg Terms of Use

Last Updated: February 19, 2019

**See also:**
Privacy Policy
General Policies
Chegg Tutors Terms of Service
Intellectual Property Rights Owner Program
Honor Code

Welcome to Chegg!

**IMPORTANT! PLEASE CAREFULLY READ THESE TERMS OF USE, AS THEY AFFECT YOUR LEGAL RIGHTS AND OBLIGATIONS.** These Chegg Terms of Use ("Terms of Use") apply to the web sites, mobile apps, applications and other interactive features or services that post a link to these Terms of Use (each, a "Service" and collectively, the "Services" or "Chegg Websites"). Chegg, Inc. and our subsidiaries are referred to collectively in these Terms of Use as "**Chegg**," "**Chegg Websites**," "**we**" or "**our**." "**You**," "**your**" and "**user**" refer to any person or entity using the Services.

These Terms of Use govern your use of the Services, regardless of how you access them, whether by computer, mobile device, or otherwise; and whether directly through our Services, or through any third-party website that links to them ("**Linked Services**"), and regardless of whether you are a registered user or a guest. **By using the Services, you agree to the Terms of Use. If you do not agree to the Terms of Use, you are not authorized to use the Services and you must cease all such use immediately.**

ARBITRATION NOTICE: UNLESS YOU OPT OUT OF ARBITRATION WITHIN 30 DAYS OF THE DATE YOU FIRST AGREE TO THESE TERMS OF USE BY FOLLOWING THE OPT-OUT PROCEDURE SPECIFIED IN THE "ARBITRATION" SECTION BELOW, AND EXCEPT FOR CERTAIN TYPES OF DISPUTES DESCRIBED IN THE "ARBITRATION" SECTION BELOW, YOU AGREE THAT DISPUTES BETWEEN YOU AND CHEGG WILL BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION AND YOU WAIVE YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION LAWSUIT OR CLASS-WIDE ARBITRATION.

In some instances, both these Terms of Use and a separate document that provides additional conditions may apply to a service or product offered via the Services ("**Additional Terms**"). To the extent there is a conflict between these Terms of Use and any Additional Terms, the Additional Terms will control unless the Additional Terms expressly state otherwise.

**Table of Contents**

Account Registration & Termination

Age and Residence Requirements; U.S. Jurisdiction

Proprietary Rights

Your License to Use Chegg Content

Social Distribution and Widgets

Digital Content

User Content and Activities

Acceptable Use Policy

Service Modifications

Mobile Use

Email and Text Message Notifications

Account Cancellation

Payments and Payment Processing

Third-Party Links, Content and Applications

Linking Policy

Course Searches and Other Information Specific to an Academic Institution

Categories of Homework Help Users

Homework Help, Study Guide and Note Usage

Outlines, Study Guides and Notes

Career Information and Jobs

Learning Courses

Tutoring Service
  Interaction with Tutors and Use of Lesson Services
  Tutoring Attachments
Disclaimer of Warranties
Limitations of Liability; Waiver
Indemnity
Export
Reporting Copyright and Other Intellectual Property Violations
Legal Disputes
  General
  Arbitration Rules, Governing Law, Jurisdiction and Venue
  Arbitration Process
  Arbitration Location and Procedure
  Arbitrator's Decision
  Fees
  Changes
Policies
Privacy Policy
Chegg Credit
Chegg Discount Codes, Bonuses, Coupons, Loyalty Programs, Points Programs & Other Promotions
Return of Digital Access Codes
Tax
Supplemental Materials
Asset Ownership
Certain Payments and Renewals
Free Trial Memberships
Chegg Honor Code
A message to students
A message to educators
Miscellaneous
Changes
Entire Agreement
Contacting Chegg

**Account Registration & Termination**

Chegg provides a variety of services, both online and offline, designed to improve the overall academic experience and help users save money. You may only have one Chegg account for use of the Services. You may not create or use more than one account, and you may not share your account or any of the Services with others. All information you provide to create an account must be accurate and complete. You may not impersonate any other person or use a name that is not your own. It is your responsibility to update your account information to keep it current and accurate. When you set up an account, you must also choose a password. You are solely responsible for maintaining the confidentiality of your password, and for any and all use of your account. You agree not to use the account, username, or password of another user at any time, nor to disclose your password to any third-party. You agree you will not sell or share or otherwise transfer your membership or any membership rights. You agree to notify Chegg immediately if you suspect any unauthorized use of your account or access to your password. Chegg has the right to terminate your account for any reason at our sole discretion without notice to you.

**Age and Residence Requirements; U.S. Jurisdiction**

The Services are available to individuals age 13 and over. If you are between the ages of 13 and the age of majority where you live, you must review these Terms of Use with your parent or guardian to confirm that you and your parent or guardian understand and agree to it. You may register for an account regardless of where you live. Textbook rentals and sales are only available to residents of the United States. All financial transactions will be processed in U.S. dollars. The Services are not intended for distribution or use in any jurisdiction or country where such distribution or use would be contrary to law or regulation or which would subject Chegg to any registration requirement within such jurisdiction or country. By registering, you certify that you are not on any list of restricted persons with whom it is unlawful for a U.S. company to do business. Chegg operates the majority of its Services in the United States. Chegg makes no representations or warranties that

  Books | Study | Writing | Flashcards | Math Solver | Tutors | Internships | Sea... | Sign in | More

area, or jurisdiction, at any time and in our sole discretion, and to limit the quantities of any such content, program, product, service or other feature that we provide.

**Proprietary Rights**

The Services are owned and operated by Chegg. Unless otherwise explicitly specified by Chegg, all materials that are included in or otherwise a part of the Services, including past, present, and future versions, domain names, source and object code, the text, site design, logos, graphics, bibliographic and citation information, citation guides, icons, and book cover images, as well as the selection, assembly and arrangement thereof and the "look and feel" of the Services (collectively, "**Chegg Content**"), are owned, controlled, or licensed by Chegg or Chegg's third-party partners. Chegg Content is protected from unauthorized use, copying and dissemination by copyright, trademark, patent, and other laws, rules, regulations and treaties. All rights in images of books or other publications included in the Services are reserved by the copyright owners of such materials. Portions of the bibliographic and citation content included in the Services are supplied by third-parties. *Any unauthorized use of Chegg Content is prohibited.* Any unauthorized use of the materials appearing on the Services may violate copyright, trademark, patent, and other applicable laws, rules, regulations, and treaties, and could result in criminal or civil penalties.

**Your License to Use Chegg Content**

Subject to your compliance with these Terms of Use, Chegg grants you a limited, personal, non-exclusive, non-commercial, revocable and non-transferable license to view the Chegg Content. You may only use the Services for your own personal use. You agree not to view, copy, or procure content or information from the Services by automated means (such as scripts, bots, spiders, crawlers, or scrapers), or to use other data mining technology or processes to frame, mask, extract data or other materials from the Chegg Content (except as may be a result of standard search engine or Internet browser usage), unless formally authorized by Chegg under separate written agreement. No materials from the Services may be copied, reproduced, modified, republished, downloaded, uploaded, posted, transmitted, or distributed in any form or by any means without Chegg's prior written permission or as expressly provided in these Terms of Use. When you download or use the Chegg Content as authorized by these Terms of Use, you must: (a) keep intact any and all copyright and other proprietary notices; (b) make no modifications to the Chegg Content; and (c) not copy or adapt any object code associated with the Services or reverse engineer, modify or attempt to discover any source code associated with the Services, or allow or assist any third-party (whether or not for your benefit) to do so. All rights not expressly granted herein are reserved. Where you purchase a subscription or a license to access any Chegg Content, you may not share that subscription or license with others. Chegg may impose reasonable limits on your scope of access to Chegg Content, including limits on time or number of materials accessed or machines used to access such Content, to prevent unauthorized third-party access to or use of that Content.

**Social Distribution and Widgets**

Chegg may allow you but only through express written permission to engage in certain personal uses of Chegg Content that include the ability to share certain Chegg Content with others ("**Social Distribution**"). For example, the Services may allow you to send certain Chegg Content to friends, display Chegg Content on your personal web site or post Chegg Content on a third-party web site. You agree that you will not imply that you and Chegg are affiliated in any way or that Chegg approves of your comments. We reserve the right to revoke our permission for Social Distribution at any time and for any reason, and you agree to immediately cease Social Distribution upon notice of revocation and to comply with any terms we post in connection with the Social Distribution of Chegg Content.

Similarly, the Services may provide content that you may choose to embed on your personal web page, third-party web site or social networking site by pasting the HTML or other code provided by us (typically labeled as an embed code) ("**Widgets**"). Widgets are Chegg Content and subject to the limited, revocable license described above. We may discontinue providing the services necessary for the Widgets to operate or we may disable Widgets you have embedded at any time for any reason without any liability to you. You agree that our permission to you to use Widgets does not provide you (or any third-party) with any intellectual property rights in or to the Widget or any Chegg Content made available via any Widget.

**NOTICE TO THIRD-PARTY SITES**: Any Chegg Content made available in connection with your site, or otherwise, by our Widgets, third-party widgets or otherwise, is our exclusive property and no grant of any intellectual property rights is made by us. We retain the right to demand that you cease any use of Chegg Content upon notice.

**Digital Content**

If you receive as part of your order access codes, passwords or downloads for online eBooks or publisher created online digital services content ("**Digital Content**"), then, when activating the codes, downloading content or logging in to access or use Digital Content, you may be required to agree to certain additional terms and conditions ("**Digital Content Terms**") before you may access the Digital Content. Read the Digital Content Terms for each Digital Content you rent or purchase, as different Digital Content may come with different restrictions or may be updated from time to time. If there is a conflict between the Digital Content Terms and these Terms of Use, the Digital Content Terms supersede the Terms of Use only to the extent of your use of the relevant Digital Content.

**User Content and Activities**

When you submit, post, upload, embed, display, communicate, link to, email or otherwise distribute or publish any review, problem, suggestion, idea, solution, question, answer, class notes, course outline bibliographic and citation information comment, testimonial, feedback, message, image, video, text, profile data or other material ("**User Content**") to Chegg, any Chegg employee or contractor, or a Chegg Website, **you grant Chegg and our affiliates, licensees, distributors, agents, representatives and other entities or individuals authorized by Chegg, a non-exclusive, worldwide, perpetual, unlimited, irrevocable, royalty-free, fully sublicensable (through multiple tiers) and fully transferable right to exercise any and all copyright, trademark, publicity, and database rights you have in the content, in any media known now or in the future, and to make, use, reproduce, copy, display, publish, exhibit, distribute, modify, sell, offer for sale, create derivative works based upon and otherwise use the User Content**.

☰ **chegg** Books Study Writing Flashcards Math Solver Tutors Internships Sea.. 🔍 Sign in More ⌄

Services.

You further agree that Chegg is free to use any ideas or concepts contained in any User Content for any purposes whatsoever, including, without limitation, developing, manufacturing and marketing products and services; and creating informational articles, without any payment of any kind to you. You authorize Chegg to publish your User Content in a searchable format that may be accessed by users of the Services and the Internet. To the fullest extent permitted by law, you waive any moral rights you may have in any User Content you submit, even if such User Content is altered or changed in a manner not agreeable to you.

Chegg is not required to host, display, or distribute, and may remove at any time, any User Content. Chegg reserves the right to change the format, sizing, and any other display specifications of the Content as it sees fit.

You represent and warrant that (i) you own the User Content submitted by you on, through or in connection with the Services, or otherwise have the right to grant the licenses set forth in this section, and (ii) the posting of your User Content on, through or in connection with the Services and/or Linked Services does not violate the privacy rights, publicity rights, copyrights, contract rights or any other rights of any person or entity. Upon Chegg's request, you will furnish Chegg any documentation, substantiation or releases necessary to verify your compliance with these Terms of Use.

**Except as otherwise described in the posted** Privacy Policy**, or other agreement on the Services presented at the time you provide your User Content (defined below), you agree that your User Content will be treated as non-confidential and non-proprietary and will not be returned. You acknowledge and agree that your relationship with Chegg is not a confidential, fiduciary, or other type of special relationship, and that your decision to submit any User Content does not place Chegg in a position that is any different from the position held by members of the general public, including with regard to your User Content. None of your User Content will be subject to any obligation of confidence on the part of Chegg.**

It is our policy not to accept or consider content, information, ideas, suggestions or other materials other than those we have specifically requested, to which certain specific terms, conditions and requirements may apply. This is to avoid any misunderstandings if your ideas are similar to those we have developed or are developing independently.

You agree that Chegg has no obligation to monitor or enforce your intellectual property rights to your User Content but has the right to protect and enforce its and its licensees' rights to your User Content. You further acknowledge and agree that, to the fullest extent permitted by applicable law, Chegg will not have any obligation to you with regard to User Content and that Chegg may or may not monitor, display or accept your User Content and may delete it at any time. We may, but are not obligated to, review User Content prior to posting it on or distributing it through the Services, or allowing them to be distributed through the Services. This includes private messages exchanged by you and other users through the Services. This "User Content and Activities" section shall survive any expiration or termination of your relationship with Chegg.

**Acceptable Use Policy**

You are solely responsible for the User Content you submit, through or in connection with our Services, and any material or information that you transmit to other users and for your interactions with other users. When you contribute, upload or otherwise provide User Content via the Services, you agree to comply with the following Community Usage Rules. In addition to removing such prohibited materials, Chegg may terminate the responsible accounts, and/or report such activities to law enforcement authorities as appropriate.

Prohibited User Content includes, but is not limited to, material that Chegg determines:

1. is patently offensive or promotes or otherwise incites racism, bigotry, hatred or physical harm of any kind against any group or individual;

2. harasses or advocates harassment of another person;

3. exploits people in a sexual or violent manner or contains nudity, excessive violence, or offensive subject matter or contains a link to an adult or otherwise objectionable website;

4. posts information that poses or creates a privacy or security risk to any person;

5. constitutes or promotes information that you know is false or misleading or promotes illegal activities or conduct that is abusive, threatening, obscene, defamatory or libelous;

6. constitutes or promotes an illegal or unauthorized copy of another person's copyrighted work, such as providing pirated computer programs or links to them, providing information to circumvent manufacturer-installed copy-protect devices, or providing pirated music or links to pirated music files;

7. involves the transmission of "junk mail," "chain letters," or unsolicited mass mailing, instant messaging, "spimming," or "spamming";

8. contains restricted or password only access pages or hidden pages or images (those not linked to or from another accessible page) or solicits or is designed to solicit passwords or personal identifying information for commercial or unlawful purposes from other users;

9. furthers or promotes any criminal activity or enterprise or provides instructional information about illegal activities including, but not limited to, making or buying illegal weapons or providing or creating computer viruses;

10. involves commercial activities and/or sales without prior written consent from Chegg such as contests, sweepstakes, barter, advertising, or pyramid schemes;

11. includes a photograph or video of another person that you have posted without that person's consent;

12. violates or attempts to violate the privacy rights, publicity rights, copyrights, patent rights, trademark rights, contract rights or any other rights of any person.

Prohibited activities include, without limitation:

 

Books    Study    Writing    Flashcards    Math Solver    Tutors    Internships    Sea..    Sign in  |  More

3. activity that involves the use of viruses, bots, worms, or any other computer code, files or programs that interrupt, destroy or limit the functionality of any computer software or hardware, or otherwise permit the unauthorized use of or access to a computer or a computer network;

4. modifying, copying, distributing, downloading, scraping or transmitting in any form or by any means, in whole or in part, any content from the Services;

5. covering or obscuring the banner advertisements and/or safety features (e.g., report abuse button) on your personal profile page, or any Chegg page via HTML/CSS or any other means;

6. any automated use of the Services, such as, but not limited to, using scripts to send messages or posts;

7. interfering with, disrupting, or creating an undue burden on the Services or the networks or services connected to the Services;

8. displaying an unauthorized commercial advertisement on your profile, or accepting payment or anything of value from a third person in exchange for your performing any commercial activity using the Services on behalf of that person, such as placing commercial content on review posts or solutions, links to e-commerce sites not authorized by Chegg, or sending messages with a commercial purpose;

9. activity unrelated or disruptive to the Services, such as intentionally distributing the wrong solutions to problems, submissions that force browsers to scroll horizontally, large blank or content-free submissions, "Bumping" multiple older topics (posting in them well after the last post), posting multiple identical or near-identical messages or topics, including "fad" topics, hard-to-read topic titles (e.g., ALL CAPS, AlTeRnAtE cApS, no spaces, no or excessive punctuation), or multiple hard-to-read or nonsensical messages in a single or multiple topics; or

10. using the Services in a manner inconsistent with any applicable law.

## Service Modifications

Chegg reserves the right, in our sole discretion, to make changes to or discontinue any of the Services at any time. Any description of the Services provided by Chegg is not a representation that the Services are working or will always work in that manner, as Chegg is continuously updating the Services, and these updates may not always be reflected in the Terms of Use.

## Mobile Use

The Services may offer features and services that are available to you via your mobile device. These features and services may include, without limitation, the ability to upload content to the Services, receive messages from the Services, download applications to your mobile phone or access features from the Services (collectively, the "**Mobile Features**"). We may charge for Mobile Features and these charges will be disclosed prior to completion of registration for the Mobile Feature. Also, standard messaging, data and other fees may be charged by your carrier. Carrier fees and charges will appear on your mobile bill or be deducted from your pre-paid balance. Your carrier may prohibit or restrict certain Mobile Features and certain Mobile Features may be incompatible with your carrier or mobile device. Contact your carrier with questions regarding these issues.

If you change or terminate your mobile account, you agree to promptly update your Chegg account information so that any messages or notices from Chegg regarding the Services are sent to you and not to the person who is assigned your old number.

For any of our mobile apps, you agree that the third-party store or platform through which our apps are available (including, without limitation, the Apple App Store) is not liable to you in connection with our apps. If you use any ISBN scan feature of the Services, you are responsible for verifying the accuracy of the scanned code before relying on it.

## Email and Text Message Notifications

Notifications or receipts from Chegg will be delivered to you by email at the address you provided to Chegg when you created your account or as later updated. You may also opt to receive text message reminders from Chegg, as a courtesy to you. Please review our **text message mobile disclosures**, which are incorporated into the Terms of Use. Chegg may contact you, sometimes through an automated or pre-recorded message, using the phone numbers you provide to Chegg, including wireless numbers, to remind you that rental books are due to be returned or otherwise provide the Services. You are still responsible for compliance with the Terms of Use, including, e.g., timely return of your books, whether or not you receive such reminders via email, text or otherwise. Chegg will not ask you for your personal information, account username, and password, or any information about you or your method of payment via email or text message. If you receive such an email or text message purportedly from Chegg, it is fraudulent and Chegg will have no responsibility for any misuse of any information you provide as a result.

## Account Cancellation

You may request cancellation of your account at any time throughout your use of our Services. To the fullest extent permissible under applicable law, your account will only be cancelled and closed after you have returned all books that have been rented to you (if any) and all transactions have been processed including payment of assessed penalties or the cashing of any refund check, if applicable. Chegg may cancel your account in its sole discretion any reason, including but not limited to inactivity or misuse. Even if your account is cancelled, your photos, bibliographic and citation information, comments, likes, friendships, and any other data you have shared via the Services may persist within the Service after cancellation of your account (for example, if your content has been reshared by others).

## Payments and Payment Processing

**Validation:** Chegg may require users of the Services to provide a valid method of payment (e.g., credit or debit card, PayPal account, etc.) tied to an account at a financial institution when they register for an account (to ensure users are able to make applicable payments to Chegg) or upon ordering products or services. If a

  Books   Study   Writing   Flashcards   Math Solver   Tutors   Internships         Sea...      Sign in   More

financial institution for additional information). Please be aware that this pending charge may be initiated each time you edit the payment information for your account or place an order that cannot be processed.

**Authorization Holds:** For certain transactions (e.g., book rentals, tutoring sessions), we may authorize anticipated charges and taxes from your method of payment. The amount of the authorization sought will depend on the transaction and may also vary depending on the nature of the payment method you have provided. This is sometimes referred to as an authorization hold and these funds may not be available for your use. If the fees incurred exceed the authorization hold (e.g., because of an auto-extension or unreturned, lost, stolen, or damaged book), we may automatically request additional authorization holds. If the provider for your method of payment rejects any authorization, you agree that we may charge any other method of payment we have on file for you (without notice to you, unless required by applicable law). At the conclusion or termination of an ongoing transaction (e.g., return of a rented book), if the charges do not exceed the amount due, the authorization for the amount not utilized will be released per the rules of your payment method provider. The timeframe for an authorization hold to be removed will depend on the policies of your financial institution.You are responsible and liable for ensuring that enough funds are available in connection with the payment method used at the time any transaction is processed.

**Other Policies:** Where your billing address is requested, you must provide the address and phone number your financial institution has on record, as well as the card's security code (e.g., CVC, CVV, CID). Chegg will make reasonable efforts to process your transactions in a timely manner, but we make no guarantees regarding the processing time for charges. Chegg may store your method of payment and you hereby acknowledge and agree that Chegg may charge you for, and you will pay for, any charges specified on the Services and for any auto-extension or unreturned, lost, stolen, or damaged books associated with your account under the terms of your book rental and in accordance with the General Policies. For any books or other materials kept beyond the applicable rental term, you agree to be charged the applicable late fees as set out in our General Policies. For any books or other rental materials that are never returned (an item is deemed "never returned" if it has not been returned in the period posted in our General Polices) or that are returned damaged, you agree to be charged for the value of the item(s) as set out in our General Policies. Chegg reserves the right to place you into collections if you fail to timely pay for the products and services ordered through the Services; collections may be done by Chegg or a third-party on Chegg's behalf. You also agree that we may, at our discretion, send your account to a collection agency, and recover our reasonable costs of collection from you, if you fail to pay all fees due and owing to Chegg. For security reasons or to otherwise confirm a financial instrument or payment, Chegg may delay mailings of books or otherwise delay providing payments or services even if such delay impacts a guaranteed delivery date.

**Third-Party Links, Content and Applications**

There may be links from the Services, or from communications you receive from the Services, to third-party web sites or online features. The Services also may include third-party content that we do not control, maintain or endorse.

Functionality on the Services may also permit interactions between the Services and a third-party web site or online feature, including applications that connect the Services or your profile on the Services with a third-party site. For example, the Services may include a button enabling you to indicate, on your social networking page, that you "like" a specific product on the Services, or a feature that lets you post to your social networking page a link to a specific product or the ability to share content from the Services or your User Content with a third-party, which may be publicly posted on that third-party's web site. Using this functionality typically requires you to login to your account on the third-party website. We do not control any of these third-party sites or any of their content. Neither Chegg nor its service providers are responsible for the practices of any third-party. Accordingly, you expressly acknowledge and agree that we make no representations or warranties about the completeness, accuracy, or existence of any advertising, products, or other materials on or available from third-party sites or online features and any reliance placed by you on such materials is at your own risk. YOUR CORRESPONDENCE AND BUSINESS DEALINGS WITH SUCH THIRD-PARTIES FOUND THROUGH THE SERVICES INCLUDING, WITHOUT LIMITATION, THE PAYMENT AND DELIVERY OF PRODUCTS AND SERVICES, AND ANY TERMS, CONDITIONS, WARRANTIES AND REPRESENTATIONS ASSOCIATED WITH ANY SUCH DEALINGS, ARE SOLELY BETWEEN YOU AND THE THIRD-PARTY.

**Linking Policy**

Chegg grants you the revocable permission to link to the web sites on which these Terms of Use are posted; provided, however, that any link to such a web site: (a) must not frame or create a browser or border environment around any of the content on such web sites or otherwise mirror any part of such web sites; (b) must not imply that Chegg or the Services are endorsing or sponsoring any third-party or its products or services, unless Chegg has given the third-party prior written consent; (c) must not present false information about, or disparage, tarnish, or otherwise, in Chegg's sole opinion, harm Chegg or its products or services; (d) must not use any Chegg trademarks without the prior written permission from Chegg; (e) must not contain content that could be construed as distasteful, offensive or controversial or otherwise objectionable (in Chegg's sole opinion); and (f) must be owned and controlled by you or the person or entity placing the link, or otherwise permit you to enable such link subject to these Terms of Use. By linking to a Chegg Website, you agree that you do and will continue to comply with the above linking requirements.

Notwithstanding anything to the contrary contained in these Terms of Use, Chegg reserves the right to prohibit linking to any Chegg Website for any reason in our sole and absolute discretion.

**Course Searches and Other Information Specific to an Academic Institution**

We may tie your Chegg experience to information about the school you have identified to Chegg. For certain schools, the Services enable you to search and retrieve information about the materials required for particular courses. Please be aware that course information and assigned materials may change from time to time, and Chegg may not receive updated information from the school in a timely manner. Chegg is not responsible for any errors in the information provided in the course searches on the Services. Where specific school names or information relate to a specific school are displayed, they do not imply any endorsement or approval by the school. Except where specifically stated, Chegg has no affiliation with nor endorsement from any academic institution, and school names and information are used on the Services only to the extent necessary to organize, identify and permit use of information and sections of the Services that may be tailored to students of a particular school, or for other lawful uses.

**Categories of Users**

 

certain Members. The membership levels, the benefits and pricing of each level of membership may vary and are subject to change at any time, please read the terms of any particular level of membership carefully before accepting it. Chegg may modify these levels and benefits from time to time, and each such modification is effective as soon as we post it on the relevant Services except to the extent that your particular pricing structure is established in writing for a period of time in the future, such as an annual plan. It is therefore important that you review the membership page regularly to ensure you are aware of any such changes.

### Homework Help, Study Guide and Note Usage

Chegg's homework help, study and note services are available merely as informational and study aids and should not be considered substitutes for applicable coursework, homework, class and lecture requirements, assignments and related materials. In using the Services, you specifically agree not to use, claim or submit as your own any portion of the help materials. Chegg does not guarantee the accuracy or quality of answers or other study material that appear on the Services, some of which may be posted by other users. You further agree the Services may present information that is incorrect or inconsistent when compared to similar content and materials, including solutions and their methodologies, provided or preferred by publishers of applicable problems or instructors of applicable courses.

### Outlines, Study Guides and Notes

Chegg may permit users to upload and in some cases sell content for the purpose of aiding others in the education and learning process. Users may not post content owned or created (except if it is in the public domain) by another person and hereby represent and warrant that: **(i)** each was created by the user and the user is the sole owner of all content posted to Services sites and all rights in such content (except for public domain content), including, without limitation, copyright, and **(ii)** the posting of Content on or through the Services will not breach the privacy rights, publicity rights, copyrights, contract rights, intellectual property rights or any other rights of any third-party. Users agree to pay for all royalties, fees, and any other monies owing to any third-party for any content provided by you to the Services. Users of the Services agree to exclude from such content any documents, records or files made accessible to them by (a) your school, professor or other instructor, (b) any board of examination, (c) any author or publisher whose works have been used as part of studies or (d) any co-student.

In creating study related content, students must respect any intellectual property rights that others may have in content. All content posted on the Services must be independently created, transformative and non-derivative. It should not be a transcript or recording of another's independent efforts, nor should it copy from materials purchased from or created by others. It should go beyond simply summarizing material covered in class or in written or recorded materials, but include information raised by students in or outside of class, and independent thought, analysis and commentary. Class notes, for example, must be substantially rewritten after class and include independent thought and analysis, research and information; notes that use a lecturer's words or that are not carefully reviewed, rethought and rewritten after class are not useful to or appreciated by students, and not permitted on the Services.

Schools may have their own policies that place restrictions on a student's ability to make commercial use of study materials, even otherwise lawful materials that the student has independently created. You are responsible for becoming familiar with such policies, abiding by them, and discontinuing the use of any Services if such use is contrary to your school policy or the instruction of your professor.

Class notes and study guides are solely for the specific use of students in the designated class for which they are created. Individuals who are not registered for a class may not purchase study guides, class notes or outlines for that class. Check the accuracy of all information from study guides, class notes, answers and outlines – to the fullest extent permitted under applicable law, Chegg does not guarantee their accuracy or completeness, they are simply an aid to the study process.

### Career Information and Jobs

Chegg's site may help students identify potential careers by providing a basic description for a variety of potential jobs. In some cases, Chegg may provide salary ranges for jobs, and point users to potential job opportunities in that field, based upon your interests and skills that you have represented to Chegg that you possess. Chegg may also help identify skills that are commonly required for those jobs and recommend learning materials that (combined with your own efforts) may help you achieve better proficiency with those skills. Chegg's attempts to assess your skills, identify gaps, and match those gaps to available learning materials may not be accurate in your particular circumstances. Chegg is simply one starting point, not an exhaustive list of all potential jobs or opportunities that might be available to you, and in a fast-changing employment landscape Chegg does not guarantee that the descriptions, salaries and job opportunities set out on our site are always up to date, reflect the current job market, or are applicable to the market in your area. We believe that the materials on our site, if you use them and apply yourself, can improve your skills and employability. Still, Chegg does not provide in-depth, individualized job counseling, and your success in landing a job in a particular career depends on a wide variety of factors. Our system's efforts to identify skills gaps, and recommend learning materials to address those gaps, may not result in improved employment prospects; completing recommended classes is in not a guarantee of finding employment in that field, or any other field.

Chegg may also help students or alumni find internships or entry level jobs or other positions by accepting postings of job descriptions from third-party employers, through its Internships.com website or other Chegg Websites. Chegg does not confirm the accuracy of the postings, nor can Chegg know whether a particular position has been filled. Chegg may recommend particular job postings to particular users based upon available data about the position or the user, or other criteria, but the actual criteria for job positions lie within the discretion of the employer and Chegg makes no representations about the suitability of any candidate for any listed position.

### Learning Courses

Chegg may offer third-party learning videos and instructional material. Chegg does not hire or employ Instructors. We are not responsible for the content of such third-party materials, nor the advice provided in such materials. We do not control such materials and, as such, to the fullest extent permitted under applicable law, do not guarantee their reliability, validity, accuracy or truthfulness. Completing such courses may provide you with skills and experience that may help your career prospects, but as noted above, there are a large number of factors tied to your career and completing such courses is no guarantee of improved employability or enhanced career prospects.

### Test Prep Services

 

**Bibliography and Citation Services**

Chegg may offer citation, bibliography and plagiarism checker services, including but not limited to, EasyBib, BibMe, Cite This For Me, Citation Machine, Normas APA and other writing tools through the Chegg Websites to help students and their educators develop student reading and writing skills. To the fullest extent permitted under applicable law, Chegg does not guarantee the accuracy or quality of content that appears on the Services in connection with such citation, bibliography and plagiarism checker services and other writing tools.

**Tutoring Services**

Chegg may also make online tutoring services available through Chegg Websites ("Tutoring Services"). The following sections that include "Tutors" or "Tutoring" in the heading relate specifically and only to Tutoring Services. If there is any conflict between this Tutoring Services section and these Terms of Use, the tutoring sections control within respect to the Tutoring Services. Tutoring sections are not applicable to other Chegg Services or Websites or any area outside of the tutoring services websites.

You understand and agree that Chegg acts only as an interface to facilitate communications between users and Tutors and to collect payment from users on behalf of Tutors. THE TUTORING SERVICES COMPRISE AN ONLINE PLATFORM WHICH FACILITATES THE CONNECTION BETWEEN USERS AND TUTORS FEATURED ON THE SITE AND VIA THE SERVICES. YOU UNDERSTAND AND AGREE THAT CHEGG IS NOT A PARTY TO ANY AGREEMENTS ENTERED INTO BETWEEN USERS AND TUTORS. TUTORS ARE INDEPENDENT CONTRACTORS, NOT EMPLOYEES OR AGENTS OF CHEGG. CHEGG HAS NO CONTROL OVER THE LESSON SERVICES OR CONDUCT OF USERS, TUTORS AND OTHER USERS OF THE SITE AND SERVICES.

Certain areas of the Chegg Websites (and your access to or use of certain Services or Chegg Content) including any policy pages may have different terms and conditions posted or may require you to agree with and accept additional terms and conditions. If there is a conflict between these User Terms of Service and terms and conditions or policies posted for a specific area of the Chegg Websites, Services or Chegg Content, the later terms and conditions will take precedence with respect to your use of or access to that area of the Chegg Websites, Services or Chegg Content, as applicable. Policies relating to Tutoring Services may be found here, and are hereby incorporated into this Agreement.

PLEASE NOTE THAT CHEGG DOES NOT CONFIRM THE INFORMATION IN A TUTOR'S PROFILE, THEIR COMPETENCY, THEIR BACKGROUND NOR THEIR PROFICIENCY IN THE SUBJECT MATTERS WHERE THEY OFFER THEIR SERVICES. CHEGG CANNOT AND DOES NOT CONTROL THE SERVICES PERFORMED BY TUTORS FOR USERS, OR THE ACTIONS OF ANY TUTORS, USERS OR OTHER USERS OF THE SITE AND SERVICES. CHEGG IS NOT RESPONSIBLE FOR THE ACTIONS OF TUTORS, USERS, THIRD-PARTIES AND OTHER USERS OF THE SITE AND SERVICES. ACCORDINGLY, ANY MEETINGS (VIRTUAL OR OTHERWISE) BETWEEN USERS, TUTORS OR ANY OTHER THIRD-PARTIES AND ANY PURCHASES OF LESSON SERVICES PROVIDED BY TUTORS ARE DONE AT THE USER'S RISK, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW.

Chegg is not responsible for the use or exchange of any information or files between Tutors and users. Further, Chegg does not control, nor is it responsible for, the truth, accuracy, completeness, safety, timeliness, quality, legality or applicability of anything said or written by Tutors or users. Accordingly, we encourage you to communicate directly with others you may come into contact with as a result of your use of the Chegg Websites and Services.

**Interaction with Tutors and Use of Lesson Services**

Chegg acts as a technology service that facilitates provision of Lesson Services between users and Tutors and does not make decisions related to the provision of, or otherwise exercise control or supervision over, Lesson Services or contents thereof. Chegg does not endorse any Tutor and you are responsible for determining and confirming the identity and suitability of the Tutors interacted with as a result of your use, or use by any third-party, of the Chegg Websites and Services. Chegg does not endorse any Tutors. In addition, although the Chegg Tutor Terms of Service require Tutors to provide accurate information, we cannot confirm or test any Tutor's purported identity or academic qualifications or experience. We are not your agent or the agent of any Tutor. If you ever believe that another User or Tutor has violated law or is defrauding, threatening or endangering anyone, Chegg urges you to immediately contact the police directly for help.

**Tutoring Attachments**

Your use of the Chegg Websites or Services may involve the exchange of file attachments between you and a Chegg Tutor. Chegg is not responsible or liable for the content of such attachments, and such attachments may be viewed by other Chegg users, or by the public generally. You acknowledge sole responsibility for and assume the risk arising from your downloading any such attachments and posting such attachments.

[End of tutoring-specific Section]

**Disclaimer of Warranties**

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, THE CHEGG WEBSITES AND SERVICES ARE PROVIDED ON AN "AS IS," "AS AVAILABLE," AND "WITH ALL FAULTS" BASIS AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, CHEGG AND ITS SUBSIDIARIES, DIRECTORS, EMPLOYEES, MANAGERS, OFFICERS, AGENTS, REPRESENTATIVES, VENDORS, THIRD-PARTY DISTRIBUTORS AND THIRD-PARTY LICENSORS OF CONTENT SOLD THROUGH CHEGG (COLLECTIVELY THE "**CHEGG PARTIES**") SPECIFICALLY MAKE NO REPRESENTATIONS, WARRANTIES, OR ENDORSEMENTS OF ANY KIND, WHETHER EXPRESS OR IMPLIED, AS TO (A) THE CHEGG WEBSITES OR THE SERVICES; (B) THE CHEGG CONTENT; (C) USER CONTENT; AND/OR (D) SECURITY ASSOCIATED WITH THE TRANSMISSION OF INFORMATION TO CHEGG OR VIA THE SERVICES. IN ADDITION, TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, THE CHEGG PARTIES DISCLAIM ALL WARRANTIES, EXPRESS, IMPLIED, OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE, OF MERCHANTABILITY, NON-INFRINGEMENT, TITLE, CUSTOM, TRADE, QUIET ENJOYMENT, AND SYSTEM.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, THE CHEGG PARTIES SPECIFICALLY DO NOT WARRANT THAT THE SERVICES WILL BE ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE SERVICES OR THE SERVER, NETWORK OR OTHER SOFTWARE AND EQUIPMENT THAT MAKES THEM AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, CHEGG DOES NOT MAKE



APPLICABLE LAW, THE CHEGG PARTIES DO NOT WARRANT THAT YOUR USE OF THE SERVICES IS LAWFUL IN ANY PARTICULAR JURISDICTION, AND THE CHEGG PARTIES SPECIFICALLY DISCLAIM SUCH WARRANTIES. BY ACCESSING OR USING THE SERVICES YOU REPRESENT AND WARRANT THAT YOUR ACTIVITIES ARE LAWFUL IN EVERY JURISDICTION WHERE YOU ACCESS OR USE THE SERVICES.

THE CHEGG PARTIES ARE NOT RESPONSIBLE FOR THE USER CONTENT, ACCURACY OR OPINIONS EXPRESSED IN USER CONTENT POSTED OR PROVIDED BY THIRD-PARTIES ON THE SERVICES OR LINKED SERVICES, AND SUCH SERVICES ARE NOT NECESSARILY INVESTIGATED, MONITORED OR CHECKED FOR ACCURACY OR COMPLETENESS BY CHEGG. INCLUSION OF ANY LINKED WEBSITE OR FEATURE ON THE SERVICES DOES NOT IMPLY APPROVAL OR ENDORSEMENT OF THE LINKED WEBSITE OR FEATURE BY CHEGG. POSTS AND LINKED SERVICES CREATED AND POSTED BY USERS ON, THOUGH OR IN CONNECTION WITH THE SERVICES MAY CONTAIN LINKS TO OTHER WEBSITES OR SERVICES. CHEGG TAKES NO RESPONSIBILITY FOR THIRD-PARTY ADVERTISEMENTS OR LINKED SERVICES THAT ARE POSTED ON, THROUGH OR IN CONNECTION WITH THE SERVICES OR LINKED SERVICES, NOR DOES IT TAKE ANY RESPONSIBILITY FOR THE GOODS OR SERVICES PROVIDED BY THESE THIRD-PARTIES. THIS "DISCLAIMERS" SECTION SHALL SURVIVE ANY EXPIRATION OR TERMINATION OF YOUR RELATIONSHIP WITH CHEGG.

**Limitations of Liability; Waiver**

IN NO EVENT SHALL THE CHEGG PARTIES BE LIABLE FOR ANY INDIRECT, ECONOMIC, SPECIAL, INCIDENTAL OR CONSEQUENTIAL LOSSES OR DAMAGES RELATED TO: (A) THE SERVICES; (B) THE CHEGG CONTENT; (C) USER CONTENT; (D) YOUR USE OF, INABILITY TO USE, OR THE PERFORMANCE OF THE SITE; (E) ACTION TAKEN IN CONNECTION WITH AN INVESTIGATION BY THE CHEGG PARTIES OR LAW ENFORCEMENT AUTHORITIES REGARDING YOUR USE OF THE SITE; (F) ACTION TAKEN IN CONNECTION WITH COPYRIGHT OR OTHER INTELLECTUAL PROPERTY OWNERS; (G) ANY ERRORS OR OMISSIONS IN THE SERVICES' TECHNICAL OPERATION; OR (H) ANY DAMAGE THAT RESULTS FROM EVENTS BEYOND OUR REASONABLE CONTROL, SUCH AS DAMAGES TO ANY USER'S COMPUTER, MOBILE DEVICE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE OR ANY OTHER TECHNICAL OR OTHER MALFUNCTION, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOST PROFITS, LOSS OF GOODWILL, LOSS OF DATA, WORK STOPPAGE, ACCURACY OF RESULTS, OR COMPUTER FAILURE OR MALFUNCTION, EVEN IF FORESEEABLE OR EVEN IF THE CHEGG PARTIES HAVE BEEN ADVISED OF OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL THE CHEGG PARTIES TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES OR CAUSES OR ACTION EXCEED THE AMOUNTS PAID BY YOU, IF ANY, TO CHEGG IN THE PAST SIX MONTHS, OR $250, WHICHEVER IS GREATER. THE PRIOR LIMITATION ON DAMAGES IS NOT INTENDED TO LIMIT THE CHEGG PARTIES' OBLIGATION TO PAY PREVAILING PARTY COSTS OR FEES IF RECOVERABLE PURSUANT TO APPLICABLE LAW. THE LIMITATIONS SET FORTH IN THIS SECTION WILL NOT LIMIT OR EXCLUDE THE CHEGG PARTIES' LIABILITY FOR PERSONAL INJURY OR PROPERTY DAMAGE CAUSED BY THE CHEGG PARTIES, OR FOR THE CHEGG PARTIES' GROSS NEGLIGENCE, FRAUD OR INTENTIONAL, WILLFUL, MALICIOUS OR RECKLESS MISCONDUCT. THIS SECTION SHALL SURVIVE ANY EXPIRATION OR TERMINATION OF YOUR RELATIONSHIP WITH CHEGG.

YOU AGREE THAT IN THE EVENT YOU INCUR ANY DAMAGES, LOSSES OR INJURIES THAT ARISE OUT OF THE CHEGG PARTIES' ACTS OR OMISSIONS, THE DAMAGES, IF ANY, CAUSED TO YOU ARE NOT IRREPARABLE OR SUFFICIENT TO ENTITLE YOU TO AN INJUNCTION PREVENTING ANY EXPLOITATION OF ANY WEB SITE, PROPERTY, PRODUCT, SERVICE, OR OTHER CHEGG CONTENT OWNED OR CONTROLLED BY THE CHEGG PARTIES, AND YOU WILL HAVE NO RIGHTS TO ENJOIN OR RESTRAIN THE DEVELOPMENT, PRODUCTION, DISTRIBUTION, ADVERTISING, EXHIBITION OR EXPLOITATION OF ANY WEB SITE, PROPERTY, PRODUCT, SERVICE, OR OTHER CHEGG CONTENT OWNED OR CONTROLLED BY THE CHEGG PARTIES.

BY ACCESSING THE SERVICES, YOU UNDERSTAND THAT YOU MAY BE WAIVING RIGHTS WITH RESPECT TO CLAIMS THAT ARE AT THIS TIME UNKNOWN OR UNSUSPECTED, AND IN ACCORDANCE WITH SUCH WAIVER, YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND, AND HEREBY EXPRESSLY WAIVE, THE BENEFITS OF SECTION 1542 OF THE CIVIL CODE OF CALIFORNIA, AND ANY SIMILAR LAW OF ANY STATE OR TERRITORY, WHICH PROVIDES AS FOLLOWS: "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR."

**Indemnity**

To the fullest extent permitted by applicable law, you agree to defend, indemnify and hold harmless the Chegg Parties from and against any and all loss, liability, damages, judgments, claims, demands, costs, investigations, settlements, and expenses (including, without limitation, reasonable attorneys' fees) arising out of or directly or indirectly relating to (a) your User Content; (b) your use of the Services or activities in connection with the Services; (c) your breach or anticipatory breach of these Terms of Use; (d) your violation of any laws, rules, regulations, codes, statutes, ordinances or orders of any governmental and quasi-governmental authorities, including, without limitation, all regulatory, administrative and legislative authorities; (e) information or material transmitted through your computer, even if not submitted by you, that infringes, violates or misappropriates any copyright, trademark, trade secret, trade dress, patent, publicity, privacy or other right of any person or defames any person; (f) any misrepresentation made by you; or (g) the Chegg Parties' use of your information or User Content as permitted under these Terms of Use, the Privacy Policy, or any other written agreement between you and Chegg. You will cooperate as fully required by the Chegg Parties in the defense of any claim. The Chegg Parties reserve the right to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and you will not in any event settle any claim without the prior written consent of a duly authorized employee of the Chegg Parties. These indemnity obligations shall survive any expiration or termination of your relationship with Chegg.

**Export**

Software related to or made available by the Services may be subject to United States export controls. Thus, no software from the Services may be downloaded, exported or re-exported: (a) into (or to a national or resident of) Cuba, North Korea, Iran, Syria or any other country to which the United States has embargoed goods; or (b) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Deny Orders. By downloading any software related to Chegg Websites, you represent and warrant that you are not located in, under the control of, or a national or resident of, any such country or on any such list. Further, by using any of the Services, you represent and warrant that you are not on any United States government list of restricted or prohibited persons with whom a United States company may do business.



through the Services, please notify us at Chegg, Inc., Attention: Copyright Agent – Dana Jewell, 3990 Freedom Circle, Santa Clara, CA 95054, 408-855-5700, CopyrightAgent@Chegg.com.

- Your contact information, including name, address, telephone number, and e-mail address;
- A description of the copyrighted work you claim has been infringed (including, e.g., the title, ISBN and other bibliographic information for books);
- A reasonably specific description of where the allegedly infringing material is located on the Services (including, e.g., the URL);
- A statement by you that you have a good-faith belief that the allegedly infringing material is not authorized by the copyright owner, its agent, or the law;
- Your electronic or physical signature;
- A statement by you, made under penalty of perjury, that the information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf; and
- Information reasonably sufficient to permit us to contact the complaining party.

NOTE: This contact information is for inquiries regarding potential copyright and other infringement only.

It is often difficult to determine if your intellectual property rights have been violated or if the DMCA requirements have been met. We may request additional information before we remove any infringing material. If a dispute develops as to the correct owner of the rights in question, we reserve the right to remove your content along with that of the alleged infringer pending resolution of the matter.

Chegg will provide you with notice if your materials have been removed based on a third-party complaint of alleged infringement of the third-party's intellectual property rights.

IF YOU KNOWINGLY MISREPRESENT THAT MATERIAL IS OR IS NOT INFRINGING, YOU MAY BE SUBJECT TO CIVIL PENALTIES. THESE INCLUDE MONETARY DAMAGES, COURT COSTS, AND ATTORNEYS' FEES INCURRED BY CHEGG, BY ANY COPYRIGHT OWNER, OR BY ANY COPYRIGHT OWNER'S LICENSEE THAT IS INJURED AS A RESULT OF RELIANCE UPON YOUR MISREPRESENTATION. YOU MAY ALSO BE SUBJECT TO CRIMINAL PROSECUTION FOR PERJURY. You agree we may provide your notice to the provider of the allegedly infringing material.

We have a policy of terminating accounts of users who repeatedly and intentionally infringe the intellectual property rights of others.

**Legal Disputes**

If a dispute arises between you and Chegg, our goal is to provide you with a neutral and cost-effective means of resolving the dispute quickly. Accordingly, you agree that we will resolve any claim or controversy at law or equity that relates to or arises out of the Terms of Use or the Services or your use of the Services (a "**Claim**") in accordance with the subsections below.

**General.** You and Chegg agree that any dispute, claim or controversy arising out of or relating to these Terms of Use or the breach, termination, enforcement, interpretation or validity thereof (collectively, "**Disputes**") will be settled by binding arbitration; except that either party retains the right to bring an individual action in small claims court. Without limiting the preceding sentence, you will also have the right to litigate any other Disputes if you provide Chegg with written notice of your desire to do so by email at https://www.chegg.com/contactus/ or regular mail at our offices located at Chegg, Inc., 3990 Freedom Circle, Santa Clara, CA 95054, Attn: General Counsel within thirty (30) days following the date you first agree to these Terms of Use (such notice, an "Arbitration Opt-out Notice"). If you do not provide Chegg with an Arbitration Opt-out Notice within the thirty (30) day period, you will be deemed to have knowingly and intentionally waived your right to litigate any Dispute except as expressly set forth with respect to individual actions in small claims courts. **You acknowledge and agree that you and Chegg are each waiving the right to a trial by jury or to participate as a plaintiff or class member in any purported class action or representative proceeding.** Further, unless both you and Chegg otherwise agree, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of any class or representative proceeding. If this specific paragraph is held unenforceable, then the entirety of this "Legal Disputes" section will be deemed void. This "Legal Disputes" section will survive any termination of these Terms of Use. Notwithstanding the foregoing, each party reserves the right to seek injunctive or other equitable relief in a court of competent jurisdiction with respect to any dispute related to the actual or threatened infringement, misappropriation or violation of a party's intellectual property or proprietary rights or breach of the User Content and Activities provisions of this Agreement.

**Arbitration Rules, Governing Law, Jurisdiction and Venue.** The arbitration will be administered by the American Arbitration Association ("**AAA**") in accordance with the Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes (the "**AAA Rules**") then in effect, except as modified by this Section of these Terms of Use. (The AAA Rules are available at www.adr.org or by calling the AAA at 1-800-778-7879.) The Federal Arbitration Act will govern the interpretation and enforcement of this Section. These Terms and any action related thereto will be governed by the laws of the State of California without regard to its conflict of laws provisions.

**Arbitration Process.** A party who desires to initiate arbitration must provide the other party with a written Demand for Arbitration as specified in the AAA Rules. (The AAA provides forms for use in arbitration proceedings including a Demand for Arbitration: Consumer Arbitration Rules here.) The arbitrator will be either a retired judge or an attorney licensed to practice law in the state of California and will be selected by the parties from the AAA's roster of consumer dispute arbitrators. If the parties are unable to agree upon an arbitrator within seven (7) days of delivery of the Demand for Arbitration, then the AAA will appoint the arbitrator in accordance with the AAA Rules.

**Arbitration Location and Procedure.** Unless you and Chegg otherwise agree, the arbitration will be conducted in the county where you reside. If your claim does not exceed $10,000, then the arbitration will be conducted solely on the basis of documents you and Chegg submit to the arbitrator, unless you request a hearing

 

**Arbitrator's Decision.** The arbitrator will render an award within the time frame specified in the AAA Rules. The arbitrator's decision will include the essential findings and conclusions upon which the arbitrator based the award. Judgment on the arbitration award may be entered in any court having jurisdiction thereof. The arbitrator's award damages must be consistent with the terms of Limitation of Liability section of these Terms of Use as to the types and the amounts of damages for which a party may be held liable. The arbitrator may award declaratory or injunctive relief only in favor of the claimant and only to the extent necessary to provide relief warranted by the claimant's individual claim. If you prevail in arbitration you will be entitled to an award of attorneys' fees and expenses, to the extent provided under applicable law. Chegg will not seek, and hereby waives all rights it may have under applicable law to recover, attorneys' fees and expenses if it prevails in arbitration.

**Fees.** Your responsibility to pay any AAA filing, administrative and arbitrator fees will be solely as set forth in the AAA Rules. However, if your claim for damages does not exceed $75,000, Chegg will pay all such fees unless the arbitrator finds that either the substance of your claim or the relief sought in your Demand for Arbitration was frivolous or was brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)).

**Changes.** If Chegg changes this Legal Disputes section, you may reject any such change by sending us written notice (including by email to legal) within 30 days of the date such change became effective, as indicated in the "Last Updated" date. By rejecting any change, you are agreeing that you will arbitrate any Dispute between you and Chegg in accordance with the provisions of this Section as of the date you first accepted the terms of these Terms of Use (or accepted any subsequent changes to these Terms of Use).

This "Legal Disputes" section shall survive any expiration or termination of your relationship with Chegg.

**Policies**

When using the Services, you are subject to any posted policies or rules applicable to features you use through the Services, including without limitation the General Policies and all policies referenced in the General Policies or elsewhere in this Agreement. All such policies or rules are hereby incorporated into these Terms of Use. These policies may change from time to time.

**Privacy Policy**

Please refer to our Privacy Policy (https://www.chegg.com/privacypolicy) for information on how we collect, use and disclose information from our users. You acknowledge and agree that your use of the Services is subject to our Privacy Policy

**List Prices**

The list prices displayed on the Services for publications come from bibliographic information we receive from leading third-party sources and publishers. Each list price is the publisher's suggested retail price. To the fullest extent permitted under applicable law, Chegg is not responsible for errors in that third-party data, including prices for the sale or purchase (buyback) of books. If a title does not have a publisher's suggested list price, the Services may not show a list price in the online catalog. If a product is listed at an incorrect price due to typographical error or an error in pricing information received from our suppliers or for any other reason, Chegg shall have the right to refuse or cancel any order (to the fullest extent permitted under applicable law), whether or not the order has been confirmed and your method of payment charged. If your method of payment has already been charged and your order is canceled, Chegg will issue a credit to your method of payment.

**Chegg Credit**

From time to time, Chegg may issue you "Chegg Credit." Upon providing you Chegg Credit, to the fullest extent permitted under applicable law, Chegg may place limits on its use, and Chegg Credit may not be moved from one Chegg Service to another. If provided to you in exchange for goods or services or as a refund, it will not expire, though we may with notice after a posted period of time convert your credit to cash and send it to your address of record. If the credit was given to you with terms explicitly authorizing redemption for cash, you may convert that credit to cash. If you receive a credit from customer support, you may not redeem it for cash.

**Chegg Discount Codes, Bonuses, Coupons, Loyalty Programs, Points Programs & Other Promotions**

From time to time, Chegg may offer discounts, bonuses, coupons, loyalty programs, points programs, sweepstakes, contests or other promotional incentives. These incentives typically have their own specific rules, restrictions and limitations (e.g., limiting when, how often, and under what circumstances you may be eligible for the promotion). You are responsible for carefully reviewing and complying with these applicable rules, restrictions and limitations. You agree not to engage in any self-dealing, collusion, smurfing (defined as breaking large orders or sales transactions into multiple individual transactions for the purpose of obtaining multiple discounts or payments), or otherwise gaming or defrauding the system. By participating in such promotions, you agree to be bound by the applicable rules and restrictions, and that Chegg, in its sole discretion, may deny payment or benefits to the fullest extent permitted under applicable law (e.g., when it believes improper activity has occurred or when a code has expired). All promotions may expire at any time without notice to recipients. Discounts apply only toward the actual base product/service rental or purchase cost; they do not apply to taxes, shipping, extension or late fees, or any other additional fees (e.g., conversion to purchase fees).

**Return of Digital Access Codes**

Through the Services, you may purchase, as a separate product, a digital access code (DAC) to certain Digital Content. The DAC publishers allow only one user (one activation) of these codes. Chegg will ship your ordered DAC to you in sealed packaging. If the DAC packaging is opened, Chegg must assume that the code is activated and therefore cannot be resold. Thus, you may not return a DAC with opened packaging for a refund.

 

**Supplemental Materials**

Unfortunately, we cannot guarantee that supplemental materials (CDs and CD-ROMs, Workbooks, Study Guides) will be included with book rentals. However, they are available for purchase on select titles. If you receive your rental book with any of the above items, you are welcome to use it. We ask that you return your book complete with any supplemental materials you received.

**Asset Ownership**

All rentals remain the property of Chegg, or third-party partners for physical text books, even while the item is in your possession. You may be given the option to purchase rented books from Chegg or third-party partners, either at the end of a rental cycle or at any point during the rental cycle. If you wish to purchase a book you have rented through the Services, you may be able to do so by accessing your account on the Services and looking for the purchase option. In this case, title (ownership) transfers to you as soon as your method of payment is approved for purchase value. If you purchase the title through our purchase program, title (ownership) changes hands when we or our third-party partners provide the book to the shipping company. Certain digital products may not be available for purchase or may have different purchase terms, and you should review their specific terms prior to rental or purchase.

**Certain Payments and Renewals**

Payment for certain Services is due in advance of each applicable membership period (e.g., monthly or annually). **MONTHLY AND ANNUAL MEMBERSHIPS MAY AUTOMATICALLY RENEW AND YOUR CREDIT CARD OR OTHER PAYMENT METHOD WE HAVE ON FILE FOR YOU WILL BE CHARGED ON THE FIRST DAY OF EACH RENEWAL PERIOD UNTIL YOUR MEMBERSHIP IS TERMINATED BY US OR CANCELLED BY YOU. IF ANY OF OUR CHARGES ARE REJECTED FROM THE PAYMENT METHOD YOU HAVE INDICATED IS YOUR PREFERABLE PAYMENT METHOD, YOU AUTHORIZE US (WITHOUT NOTICE TO YOU, UNLESS REQUIRED BY APPLICABLE LAW) TO, IN OUR SOLE DISCRETION: (I) RETRY SUCH PAYMENT METHOD; AND/OR (II) COLLECT FROM ANY OTHER PAYMENT METHOD WE HAVE ON FILE FOR YOU.** Also, for some of our paid Services, you may elect to temporarily "suspend" your membership, for example, during school breaks or vacation, for up to a total of 90 days in any one membership year (i.e., during each 12-month period following the commencement of your membership), and the period of your membership will be extended by the total amount of such suspended period(s). You agree to pay all applicable fees for your memberships and use of our paid Services, plus any applicable taxes or other charges as may be required, when due and payable. All fees and charges are payable in advance and non-refundable, including after cancellation, unless otherwise disclosed at the time of purchase. If you wish to cancel your membership in a Service (if available), please visit the customer support web area on the Services. Cancellation of memberships (if available) will take effect as detailed in the cancellation information for the specific Service you want to cancel.

**Free Trial Memberships**

We may from time to time offer free trials for some of our Services. Such trials may require you to register with a valid credit card to commence. Users that sign up for a free trial membership at a particular level will be automatically renewed at the promoted membership rate for that level at the end of the trial period unless the user cancels the membership at least before the end of the trial, unless the terms of the offer explicitly state otherwise. You can cancel a free trial online on the Services or by contacting Chegg's customer support. After cancellation of a free trial, you may be able to continue as a Free Member with reduced benefits or access. Only one free trial membership is allowed per person. Subsequent registrations do not qualify for free trials. Unless the terms of a promotion state otherwise, for promotions that include "free" periods with "paid" periods, paid periods will elapse first. We may introduce new or additional features, services or materials to the Services which may be a part of, or priced separately from, existing levels of membership at our sole discretion.

**Chegg Honor Code**

We know that most of you have never and will never abuse the Services or any of the information, services or materials available through them. You agree to abide by our Honor Code.

You may not use any of the solutions, answers, materials or information available on or through the Services, to cheat. Examples include:

1. Submitting any textbook solutions from the Services as your own to any class.
2. Using our questions and answers service to complete tests or homework when instructed not to use outside help.
3. Otherwise passing along any solutions, answers, materials or information from the Services as your own.
4. Any other violation of your instructor's or school's academic honor code.

We will take swift action against anyone found violating this Honor Code. If Chegg is presented with evidence that its Services have been used in a manner contrary to its Honor Code or any other part of these Terms of Use, Chegg may, in its sole discretion, remove the materials and terminate the account of the involved users.

**A message to students:**

As current and former students, the Chegg team understands the pressures and time constraints school creates. That being said, we also know from the unfortunate tales of our peers that the risk you take by violating your school's code of academic integrity is not worth the reward. Copying solutions or posting unexplained final answers promotes completion without comprehension, and that's something we don't support on the Services.

**A message to educators:**

We are always seeking opportunities to work with educators in making our Websites a valuable resource for both you and your classroom for years to come. If you need to contact us concerning an issue of academic integrity, please e-mail us at Honor Code.

 Books   Study   Writing   Flashcards   Math Solver   Tutors   Internships   Sea...   Sign in   More

titles of the Terms of Use are for convenience only and have no legal or contractual effect. Non-performance of either party, except for the failure to make required payments, will be excused to the extent performance is delayed or rendered impossible by any reason where failure to perform is beyond the reasonable control of the non-performing party. This "Miscellaneous" section shall survive any expiration or termination of your relationship with Chegg.

**Changes**

Chegg may modify the Terms of Use including the linked policies contained herein from time to time ("Updated Terms"). You agree that we may notify you of the Updated Terms by posting them on the Chegg Website so that they are accessible via a link on the home page, and that your use of our Services after we have posted the Updated Terms (or engaging in such other conduct as we may reasonably specify), you agree to be bound by the then-current version of the Terms of Use, including any changes we may have made since the last time you used our Services. It is therefore important that you review the Terms of Use regularly to ensure you are aware of any such changes. The updated Terms of Use will be effective as of the time of posting, or such later date as may be specified in the updated Terms of Use, and will apply to your use of the Services from that point forward.

**Entire Agreement**

The then-current Terms of Use, including (a) any related policies and terms referenced in the Terms of Use and (b) any Additional Terms, are the entire agreement between you and Chegg regarding the Services. The Terms of Use may not be modified without the consent of a duly authorized representative of Chegg and will supersede and prevail over any terms or conditions you may include with any purchase order or other transaction document or communication with us, regardless of whether Chegg signs them or fails to object to them. This "Entire Agreement" section shall survive any expiration or termination of your relationship with Chegg.

**Contacting Chegg**

If you have any questions or concerns regarding the Chegg Websites or Services, please write to us at https://www.chegg.com/contactus/ or at our offices located at 3990 Freedom Circle, Santa Clara, CA 95054. All notices, authorizations, and requests to Chegg shall be deemed given on receipt.

ABOUT CHEGG

LEGAL & POLICIES

CHEGG PRODUCTS AND SERVICES

CHEGG NETWORK

CUSTOMER SERVICE

  

© 2003-2020 Chegg Inc. All rights reserved.

