# EXHIBIT C

# United States of America
### United States Patent and Trademark Office

# CHEGG

**Reg. No. 5,058,869**
**Registered Oct. 11, 2016**
**Int. Cl.: 38, 41, 42**
**Service Mark**
**Principal Register**

Chegg, Inc. (DELAWARE CORPORATION)
3990 Freedom Circle
Santa Clara, CA 95054

CLASS 38: Providing internet chat rooms; providing on-line chat rooms and electronic bulletin boards for transmission of messages among users in the field of general interest; providing voice chat services; communication services, namely, transmitting text, images, files, data, voice, audio, video and audio-visual content and other data for the facilitation of communications between two or multiple users via computer networks and communication networks; teleconferencing and video conferencing services; electronic transmission of data and documents over computer terminals; electronic transmission of audio, video and other data and documents among computers, and portable, and handheld digital electronic devices; computer services, namely, providing on-line discussion group forums, chat rooms and electronic bulletin boards for transmission of messages among users in the fields of academic subjects, topics, and tutoring; providing on-line facilities for real-time interaction with other computer users and electronic bulletin boards concerning academic subjects, topics, and tutoring

FIRST USE 1-5-2003; IN COMMERCE 1-5-2006

CLASS 41: providing mentoring, tutoring, and instruction in a wide variety of subjects, namely, engineering and technology, languages, history, humanities, study skills, resume and work skills, math, professional majors and degrees and practices, science, social science and standardized test preparation; educational services, namely, providing tutoring at the secondary, undergraduate, graduate and post-graduate level in a wide array of academic subjects; educational services, namely, providing online instruction and information about education in a wide variety of subjects, namely, engineering and technology, languages, history, humanities, study skills, resume and work skills, math, professional majors and degrees and practices, science, social science and standardized test preparation for the purpose of academic or professional study; educational services, namely, conducting educational programs featuring diagnostic and prescriptive, individualized and personalized instruction techniques in a wide variety of subjects, namely, engineering and technology, languages, history, humanities, study skills, resume and work skills, math, professional majors and degrees and practices, science, social science and standardized test preparation; Conducting educational programs, namely, online college test preparation services; academic enrichment programs in the fields of engineering and technology, languages, history, humanities, study skills, resume and work skills, math, professional majors and degrees and practices, science, social science and standardized test preparation

FIRST USE 11-7-2011; IN COMMERCE 11-7-2011

CLASS 42: Providing a web site featuring technology that enables users to connect with tutors; providing a website featuring technology that matches users with specific tutors;



Michelle K. Lee
Director of the United States
Patent and Trademark Office

providing a website featuring on-line non-downloadable software that enables users to simultaneously upload, create and edit documents and computer code; providing a website featuring technology that enables users to share their screens with other users for academic purposes; providing an on-line network environment featuring technology that enables users to share data and content in the fields of academic subjects, topics, and tutoring; providing a website featuring technology that enables users to share documents, images, and videos; providing a web site featuring technology that enables users to connect with tutors using video, audio, text and chat room communication; Platform as a service (PAAS) featuring computer software platforms for online tutoring for providing real time academic support

FIRST USE 9-20-2013; IN COMMERCE 9-20-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4104328, 3191844, 4021925

SER. NO. 86-926,337, FILED 03-02-2016
ANDREA P BUTLER, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# CHEGG STUDY

**Reg. No. 4,777,915**  
**Registered July 21, 2015**  
**Int. Cls.: 9, 41, and 42**  

**TRADEMARK**  
**SERVICE MARK**  
**PRINCIPAL REGISTER**

Director of the United States Patent and Trademark Office

CHEGG, INC. (DELAWARE CORPORATION)  
3990 FREEDOM CIRCLE  
SANTA CLARA, CA 95054

FOR: DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR EDUCATIONAL SERVICES, NAMELY, SOFTWARE FOR USE IN ACCESSING ONLINE, DOWNLOADABLE AND INTERACTIVE LEARNING RESOURCES FOR STUDENTS OF PRIMARY, SECONDARY AND COLLEGE LEVELS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-12-2015; IN COMMERCE 4-12-2015.

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING ON-LINE LEARNING RESOURCES IN THE NATURE OF STUDY GUIDES, STUDY MATERIALS AND PERSONAL STUDY ASSISTANCE FOR STUDENTS OF PRIMARY, SECONDARY AND COLLEGE LEVELS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-20-2013; IN COMMERCE 9-20-2013.

FOR: CREATING AN ON-LINE COMMUNITY FOR STUDENTS OF PRIMARY, SECONDARY AND COLLEGE LEVELS FOR THE PURPOSE OF STUDY ASSISTANCE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-20-2013; IN COMMERCE 9-20-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,191,844, 4,066,017, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STUDY", APART FROM THE MARK AS SHOWN.

SN 86-083,369, FILED 10-4-2013.

RON FAIRBANKS, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at  http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# CHEGG

**Reg. No. 4,021,925**
**Registered Sep. 6, 2011**
**Int. Cls.: 9, 35 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



Director of the United States Patent and Trademark Office

CHEGG, INC. (DELAWARE CORPORATION)
SUITE 1400
2350 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95054

FOR: DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR RENTING TEXTBOOKS; SUNGLASSES , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-5-2003; IN COMMERCE 8-0-2010.

FOR: OPERATING AN ON-LINE MARKETPLACE FEATURING TEXTBOOKS; PROVIDING A BUY-BACK AND TRADE-IN PROGRAM FOR USED TEXTBOOKS OF OTHERS; ADMINISTRATION OF A TEXTBOOK RENTAL PARTNER PROGRAM FOR RETAIL STORES, NAMELY, PROVIDING EXHIBITION STANDS AND BOOTHS, INCLUDING RELATED EQUIPMENT, FOR TEXTBOOK RENTAL IN RETAIL STORES; ADMINISTRATION OF A STUDENT BRAND AMBASSADOR PROGRAM, NAMELY, ARRANGING AND CONDUCTING INCENTIVE REWARD PROGRAMS TO PROMOTE THE SALE OF TEXTBOOKS BY MEANS OF STUDENT REFERRALS; ISSUING GIFT CERTIFICATES WHICH MAY THEN BE REDEEMED FOR GOODS OR SERVICES; PROMOTING TEXTBOOK RENTAL SERVICES THROUGH SWEEPSTAKES AND CONTESTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-5-2003; IN COMMERCE 1-5-2006.

FOR: TEXTBOOK RENTAL SERVICES; PROVIDING NEWSLETTERS IN THE FIELD OF INFORMATION OF INTEREST TO STUDENTS VIA E-MAIL; ON-LINE JOURNALS, NAMELY, BLOGS FEATURING INFORMATION OF INTEREST TO STUDENTS; ENTERTAINMENT SERVICES, NAMELY, CONDUCTING SWEEPSTAKES DIRECTED TO STUDENTS; RENTAL OF TEXTBOOKS VIA AN ELECTRONIC KIOSK; ADMINISTRATION OF A STUDENT BRAND AMBASSADOR PROGRAM, NAMELY, PROVIDING AN EDUCATIONAL PROGRAM FOR COLLEGE STUDENTS IN THE FIELD OF BUSINESS ADMINISTRATION CONSISTING OF PRACTICAL PRODUCT SAMPLING AND MARKET RESEARCH ACTIVITIES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-5-2003; IN COMMERCE 7-0-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

**Reg. No. 4,021,925** OWNER OF U.S. REG. NO. 3,191,844.

SER. NO. 85-190,586, FILED 12-3-2010.

LIEF MARTIN, EXAMINING ATTORNEY

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# CHEGG.COM

**Reg. No. 3,970,742**
**Registered May 31, 2011**
**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHEGG, INC. (DELAWARE CORPORATION)
SUITE 1400
2350 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95054

FOR: ISSUING GIFT CERTIFICATES WHICH MAY THEN BE REDEEMED FOR GOODS OR SERVICES; ON-LINE RETAIL STORE SERVICES FEATURING TEXTBOOKS AND COURSE MATERIALS FOR RENTAL OR PURCHASE; PROVIDING A BUY-BACK AND TRADE-IN PROGRAM FOR USED TEXTBOOKS OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-22-2000; IN COMMERCE 1-5-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,191,844.

SER. NO. 85-171,173, FILED 11-8-2010.

LIEF MARTIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: **38**

Prior U.S. Cls.: **100, 101 and 104**

**United States Patent and Trademark Office**

Reg. No. **3,191,844**
Registered Jan. 2, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# chegg

RASHID, MOHAMMAD, OSMAN (UNITED KINGDOM INDIVIDUAL)
270 NORTH CREEK DRIVE
SAN JOSE, CA 95139

FOR: PROVIDING ON-LINE ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS THAT ARE EITHER A PART OF A SOCIAL NETWORK OF FRIENDS OR STUDENTS OR GENERAL PUBLIC; CONCERNING CLASSIFIED LISTINGS AND LISTINGS FOR TEXTBOOKS, AUTOMOBILES, GARAGE OR MOVING SALES, AUCTIONS, WISH LISTS, CAMPUS ACTIVITIES, ANNOUNCEMENTS, EVENTS, CLASSES, MEETINGS, ACTIVITIES, HOUSING, REAL ESTATE, ROOMMATES, RENTALS, FOR SALE ADVERTISEMENTS, WANT ADS, EMPLOYMENT, RESUMES, VOLUNTEERISM, SERVICES, COMMUNITY, PERSONALS, POLITICS, FAMILY, ARTS AND INFORMATION ON A WIDE VARIETY OF TOPICS OF GENERAL INTEREST TO STUDENTS AND GENERAL PUBLIC; PROVIDING ON-LINE FORUMS AND DISCUSSION GROUPS FOR TRANSMISSION OF MESSAGES AMONG A SOCIAL NETWORK OF FRIENDS, OR STUDENTS OR COMPUTER USERS CONCERNING COMMERCE, PRODUCTS, ACTIVITIES, HEALTH, FAMILY, ARTS, POLITICS, LEISURE, ROMANCE, WORK, ELECTRONIC MAIL SERVICES; ELECTRONIC TRANSMISSION OF MESSAGES, DATA AND IMAGES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 1-5-2003; IN COMMERCE 1-5-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-678,019, FILED 7-26-2005.

TIMOTHY FINNEGAN, EXAMINING ATTORNEY