# EXHIBIT D



(/checkout.php) 0

(/)

# WHOIS results for techlacarte.com

## techlacarte.com

```
Domain Name: TECHLACARTE.COM
Registry Domain ID: 2403400946_DOMAIN_COM-VRSN
Registrar WHOIS Server: Whois.bigrock.com
Registrar URL: www.bigrock.com
Updated Date: 2020-05-26T02:19:27Z
Creation Date: 2019-06-18T06:43:12Z
Registrar Registration Expiration Date: 2021-06-18T06:43:12Z
Registrar: BigRock Solutions Ltd.
Registrar IANA ID: 1495
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Jake Irwin
Registrant Organization:
Registrant Street: 303, North street
Registrant City: MAA
Registrant State/Province: Other
Registrant Postal Code: 600028
Registrant Country: IN
Registrant Phone: +91.7700949568
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@techlacarte.com
Registry Admin ID: Not Available From Registry
Admin Name: Jake Irwin
Admin Organization:
Admin Street: 303, North street
Admin City: MAA
Admin State/Province: Other
Admin Postal Code: 600028
Admin Country: IN
Admin Phone: +91.7700949568
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@techlacarte.com
Registry Tech ID: Not Available From Registry
Tech Name: Jake Irwin
Tech Organization:
Tech Street: 303, North street
Tech City: MAA
Tech State/Province: Other
Tech Postal Code: 600028
Tech Country: IN
Tech Phone: +91.7700949568
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@techlacarte.com
Name Server: chloe.ns.cloudflare.com
Name Server: seth.ns.cloudflare.com
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse@bigrock.com
Registrar Abuse Contact Phone: +1-415-349-0015
```



● CHAT OFFLINE

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2021-03-16T23:39:31Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Registration Service Provided By: BIGROCK

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is BigRock Solutions Ltd..
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

# WHOIS Lookup

1. Enter a Domain Name

For Example: somedomai

2. Verify using code below

[ ] I'm not a robot
reCAPTCHA
Privacy - Terms

Please insert the security key from the image into the Textbox that is provided. This key is used to verify that this page is not accessed by any automated processes to harvest Whois Data.

**Search**

## FREE
with every Domain Name

✓ **2 Email Account(s)**
✓ **Domain Theft Protection**

💬 CHAT OFFLINE

and more! (/domain-registration/free-with-domain-registration)

Sales Team: **1-888-924-4762** (Toll Free)

Contact Us (/support/contact-us.php) | Legal (/support/legal.php) |
Privacy Policy (https://www.endurance.com/privacy/privacy)

ICANN Accredited. Copyrights © 2014-2016 BigRock.com

(https://www.facebook.com/BigRockIsSocial)   (https://twitter.com/BigRock)
(https://plus.google.com/+bigrock)   (https://www.youtube.com/user/BigRockTV)

CHAT OFFLINE

English

# ICANN|LOOKUP(/) 

# Domain Name Registration Data Lookup

Enter a domain name

Frequently Asked Questions (FAQ) (/faq)

techlacarte.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the Domain Name Registration Data Lookup Terms of Use.

## Domain Information

**Name:** TECHLACARTE.COM

**Registry Domain ID:** 2403400946_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
CHLOE.NS.CLOUDFLARE.COM
SETH.NS.CLOUDFLARE.COM

## Dates

**Registry Expiration:** 2021-06-18 06:43:12 UTC

**Created:** 2019-06-18 06:43:12 UTC

## Registrar Information

**Name:** BigRock Solutions Ltd

**IANA ID:** 1495

**Abuse contact email:** abuse@bigrock.com

**Abuse contact phone:** tel:+1.832-295-1535

# DNSSEC Information

**Delegation Signed:** Unsigned

# Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/techlacarte.com (https://rdap.verisign.com/com/v1/domain/techlacarte.com)

**Last updated from Registry RDAP DB:** 2021-03-16 04:25:39 UTC

**Registrar Server URL:** https://rdapserver.net/domain/TECHLACARTE.COM (https://rdapserver.net/domain/TECHLACARTE.COM)



Youtube (http://www.youtube.com/icannnews)

Twitter (https://www.twitter.com/icann)

Linkedin (https://www.linkedin.com/company/icann)

Flickr (http://www.flickr.com/photos/icann)

Facebook (http://www.facebook.com/icannorg)

Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)

Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy)  Terms of Service (https://www.icann.org/privacy/tos)  Cookies Policy (https://www.icann.org/privacy/cookies)