# EXHIBIT F

TechLaCarte    ANDROID   APPS   HOW TO   IOS   MAC   TIPS & TRICKS   WINDOWS



Home › Premium accounts › Free Chegg Accounts Username and Password

Premium accounts

# Free Chegg Accounts Username and Password

February 1, 2020     74

Facebook   Twitter   Pinterest   Telegram   ReddIt

**ACT/SAT Test Prep Experts**

1:1 Personalized approach

Increase Scores With A Private/One-On-One-Tutoring - For All Types of Students/

apttutoring.com

OPEN

Follow US

4,320 Fans | 67 Followers | 2,947 Subscribers

Having tough assignments or other hard exercises on hand and looking for study help online but, can't afford a subscription? Make use of our Free Chegg Accounts Username and Password that works as of February 2020 and save both your money and time when completing homework.

**B**eing a student in college can be an overwhelming experience, as you must be constantly competing with the other students there and finishing the endless amount of homework and research you get assigned. If you have taken your studies to the next level, you must have heard about sites like Chegg at least once already. What's better than having a supportive hand that always does homework & assignments for you? Chegg is the website behind the success of many smart students, and you shouldn't be afraid of trying it! On Chegg, most of the students get help and assistance with their assignments or homework.

So if you are looking for someone to aid you with your study works, Chegg.com could be the best option for you! You can sign up on their website for free, but if you need tutoring or you want to use their textbooks, you are required to pay a fee. Said fee can be higher or lower depending on the type of help you choose. To be honest, having a free Chegg account without a paid subscription is like having a 52' UHD TV without a cable subscription: simply useless.

SPONSORED SEARCHES

Free Chegg Accounts

Answers to Homework



Page Contents [hide]

Free Chegg Account 2020
Post Your Chegg Question or Link & Get Answers Emailed to You
How to Get Chegg Free Trial (28 Days)



## ✉ Free Chegg Account 2020

Nowadays, a subscription is found in almost all of the digital services we use in our life – from games to movie streaming, almost all sites will ask you for money in some way or another. Chegg is not an exception to this. However, in Techlacarte we've written this article to help you by giving you **free Chegg accounts username and password combinations that work in February 2020**.

Using our exclusive Chegg accounts, you can **get Chegg answers for free** without paying a dime. Apart from Chegg.com accounts; Here in our blog you can get premium accounts for most of the popular subscription services and apps for free of cost. If you are interested in trying any of our free accounts, just try it without a hesitate. We are currently offering Free Netflix Accounts (weekly giveaway), Free Spotify accounts, Free Hulu Accounts & Vudu Codes.

### Post Your Chegg Question or Link & Get Answers Emailed to You

**You have run through the list of free Chegg accounts found on the web, but you weren't able to get the right Chegg account for what you need? Don't worry** – most of the basic and well known common questions can be solved instantly using **Chegg's Q&A database**.

However, you can't view the solutions if you don't have a paid Chegg account. If this is your case, we can help you view the answer! In Techlacarte we have a Chegg subscription, and we can use it to help you out. You can see our chegg subscription status in the attached screenshot. We have a **Chegg subscription valid upto February 2020**, which costs $14.95 per month. Well you don't have to worry about the bill, because we paid it for you and we are offering this service for completely free of cost. Take advantage of this great opportunity that exclusively available to all of the TechLaCarte fans and visitors.



Our service is free to use – all you need to do is **post your question or Chegg question link in our comments section with your email address** and let us find the answer for you. You will receive the complete solution to your question via email. You can even **reach us through our facebook page** if you are in rush and need **get answered to your questions within minutes**.





*644 Questions Answered today! More than 37420 Homeworks, Assignments done by TechLaCarte as of 01 February 2020..*

 **Tip:** If you have a document to unlock from coursehero.com We recommend you to submit your coursehero document links at the following link unblur course hero documets for free.

**How to Get Chegg Free Trial (28 Days)**

You need help with your homework, but you don't wanna pay before making sure if the subscription is worth or not? Chegg offers a 28-day free trial on Chegg study and tutor plans. To activate the offer you won't have to use any promo codes – just follow the steps we will show here.

**Sign up for Chegg free trial doing this:**

1. Go to Chegg.com and click on the **"Try now"** button.



2. After this, you should **sign up and create a new Chegg account**. Fill the required information fields, use the email/password combination of your choice, and click on the **"Create account"** button. (If you already have a free Chegg account, skip this step, and just log in to it)





③ In the next page, enter your **payment details**, and click on the **"Join now" button**.

④ Your free trial will get activated instantly, but you won't be charged for this. Within the 4-week trial period, any kind of help on any kind of subject you look on Chegg will be free.

⑤ The free trial includes unlimited access to its huge Q&A database. Also, you are allowed to hire a professional to teach you online for 30 minutes in a private session.

> **Note:** At the end of the free trial, your credit card will get charged and your subscription will be extended for a month. If you don't want to pay it, you should cancel your subscription shortly before the free trial finishes.

## Free Chegg Accounts List February 2020

We have several Chegg login credentials available. every Chegg account has a different subscription type – we cover almost all the plans that are currently available on the site. We regularly add new & unused Chegg accounts and share the login details for free everyday between 09:00 PM and 10:00 PM GMT-7 (Los Angeles, California, United States) time.

| Email/Username | Password |
|---|---|
| Allambeemiles22@gmail.com | Allabes$1 |
| Kyliefernandez53@yahoo.com | kyliehigh021 |
| Melbathompson01@aol.com | melba10081999 |
| Raelenedavidson@gmail.com | 00daVids00 |
| Bakanaramirez@gmail.com | rami#RZ |
| Abelinacampbell@gmail.com | ABEabe3 |
| Ajayrob2000@yahoo.com | Ayrob133 |
| Keishacarey@yahoo.com | keishabeauty |
| Andiecooper@yahoo.com | Andicrrx |
| Daelenstevenson@gmail.com | daelenb123 |



**Chegg Account Not working?**

Please Report to us If the Chegg premium account not worked for you!



If you didn't get a working Chegg account, you should check our list in a later time – we may update it. If you need help with your question immediately, you can ask us directly, making use of our free study help service, which we will be explaining now.

## Search For Free Chegg Accounts On Reddit, Quora & Social Media Sites

Maybe you are not one of those guys who need constant help from Chegg and you only

have a couple of questions to solve. You can try some sorts of tricks to get your assignments done. This will not always give you a positive result, but you have a pretty good chance to get what you want. In this method, you will **search for free Chegg accounts on social media websites**.

Reddit and Quora are the best active community sites on the Internet. Therefore, they have a huge database of useful information. If you want to get notified of good deals, free Chegg account giveaways, or you just want help from someone with a Chegg subscription, you should search for Chegg communities on these sites, and join them (for example, if you already have a Reddit account, just log in and search for Chegg communities in the subreddits) or just follow the links we given below.





After joining, keep up with those pages and be aware of the latest updates. If you are not patient enough to do this, or you need immediate help, then try to **ask for help from other people in the community – if you are lucky, they might help you out.** But in our opinion, instead of trying this long and time-consuming process, the best course of action is to try our previous listed method. **You just need to leave your question in the comments section of this article and let us get the free answers you need from Chegg.**

> 💡 **Tip:** Do you also want Free Gift Cards? Don't miss to checkout our previous articles about Free Amazon Gift Cards, Free Steam wallet codes and Free Xbox Live Codes.

We sincerely hope that you have learned way more by using a Chegg account than with any lecturer in school. What has been your experience with Chegg until now? Tell us about it in the comment section, and remember – if you need some help, we can help you!



<em>Case 5:21-cv-02139-SVK   Document 1-6   Filed 03/26/21   Page 7 of 8</em>

hn, in terms of the variables, h0, g, e, and n.

(C)The bouncing of a small sphere is modeled as dynamic particle motion. Particles are assumed to be point masses that take up no space, even though the diameter of a golf ball is about 42.7 mm in reality. Eventually, after enough bounces have occurred, the golf ball will cease bouncing and roll along the ground. If we suppose that rolling begins when the bounce height drops to half the sphere's true diameter, after how many bounces, m, will rolling begin?

Reply


**TechLaCarte** November 26, 2019 at 1:13 pm

Hello Canpolat, We already emailed you the answers ❤

Reply


**Clarence** December 3, 2019 at 1:13 pm

Ajayrob2000@yahoo.com password & username doesnt work need chegg answers asap help?

Reply


**TechLaCarte** December 3, 2019 at 1:16 pm

Please submit your question in the form and get your answers in the email.

Reply


**Ann** December 5, 2019 at 3:41 pm

Hi! Can I please get an answer for this one? Thanks!

Problem 2 Twenty people is a random sample of people who started to train in a swimming school and immediately participated swimming contest for 1 kilometer race. Let $X_i$ – time in minutes to finish the distance for participant i = 1,…, 20. Then after two months of training the contest was repeated, and results of the same people are given as $Y_i$ for i = 1,…, 20. 20 X = 520 SX 0, y = 9984, X = 26, Y = 22, 5, -6, 5,=4. In swimming, difference between time per 1 km before some training period and after is named Time Drop.

Reply


**Nana** December 9, 2019 at 11:29 pm

I don't know if this will help but thank you!

Here is my question: (Question Hidden for privacy reasons).

Reply


**TechLaCarte** December 10, 2019 at 1:01 am

Hello Nana, We just sent you the answer, please check your email.

Reply


**Nana** December 9, 2019 at 11:30 pm

Sorry for the double post! Please answer this one too and thank you. (Question hidden for privacy reasons).

Reply


**TechLaCarte** December 10, 2019 at 1:05 am

No problems. We have emailed you the answer, please check it.

Reply


**Vremio** December 11, 2019 at 11:02 pm

I didn't expect that you emailed me so fast, thanks a lot

Reply


**stephen** December 15, 2019 at 7:02 am

An icon of a tile folder, which users can drop files….. (Question hidden for privacy reasons).

Reply


**Floyd Arocha** December 15, 2019 at 8:23 am

Please Answer this ASAP I really need it Thank you.

A Carnot heat engine absorbs heat….(Question hidden for privacy reasons).

Reply


**AS** December 17, 2019 at 10:04 pm

I cannot login to Chegg. It seems the password isn't correct..

Reply


**TechLaCarte** December 18, 2019 at 11:43 pm

It looks like all the accounts are grabbed by others. But, Don't worry, we still have a spare accounts which you can access through filling this form with your chegg question link and you email. Your answers will be emailed to you shortly. We are available to help you 7 days in a week.

Reply


**ibrahim hjeij** January 1, 2020 at 2:01 pm

i have been waiting forever it did not work

Reply

<em>https://techlacarte.com/free-chegg-accounts/ 3/31/2020</em>

