# EXHIBIT G



ANDROID   APPS   HOW TO   IOS   MAC   TIPS & TRICKS   WINDOWS

Home > How To > How to Get Chegg Answers for FREE

How To    Tips & Tricks

# How to Get Chegg Answers for FREE

March 21, 2020    109

Facebook    Twitter    Pinterest    Telegram    Reddit



Do you have hard assignments or homework that you need to finish, but **don't have a Chegg subscription? Are you looking for ways to get Chegg answers for free?** We've made this article just for you – we have several working methods on hand to get Chegg answers for free without having the Chegg account.

**B**eing a student in college is not an easy thing, regardless of what you're studying. You are required to study a lot just to face exams, do the activities, assignments, and recurring homework. It's normal to feel this kind of things give you a headache and consume your precious time, among other things. However, technology can make our lives easier in whatever we are doing, and college is not the exception to this. On the internet, certain websites can save a student's life by helping them in studies. And a few websites go one step forward and also do your homework for you, either partially or completely.

Today we are going to talk about the giant of online education help sites – Chegg. Using Chegg, you can get your homework done in minutes with the help of an expert. It doesn't matter what do you study or what do you need, you just ask your question on the website, get the answers online from Chegg's remote tutors and copy them on your notebook. Isn't it cool?

SPONSORED SEARCHES


How to Unlock Chegg


Chegg for Free

Chegg is a dedicated platform for online education, but it works like a freelancing website too. There are thousands of online tutors who work remotely for Chegg and get paid for answering your questions. With Chegg, you can even get textbooks for rental, and buy used books for a low price.

Follow US

4,320 Fans   67 Followers   2,947 Subscribers

Ads by Google
Stop seeing this ad
Why this ad?

The only downside of Chegg is that its services are not free – all of them include a fee, which is used to pay its workers. Chegg has different subscription plan tiers, ranging from $6 to $50, depending on your needs and the kind of service you're looking for.

This is what makes its users look for ways to **access Chegg for free**. Actually it is possible to **see Chegg answers for free!** All you need to do is to read the methods we have shown here and try them yourself. I would highly recommend that you should try our free chegg answer unlock service exclusively available to all TechLaCarte readers & unblur chegg answers within minutes!



## How to Get Chegg Answers for Free 2020

**Method #1**

☆ **Free CHEGG ANSWERS on TechLaCarte [Recommended]**

We are always open to help the world with what we can afford. We love our blog readers – if you are new here, you should browse through our homepage. You will find many interesting freebies there, such gift cards, free account giveaways and especially to save students life we exclusively offer free course hero unlocks and free Chegg solutions. Consider them a gift for those who read us!

We have an active Chegg subscription, so guys, if you have any questions in your subject, just ask it directly by filling the handy form found below or in the comments section or reach us through of facebook page. In Techlacarte we are happy to help you with your tough assignments. You will receive complete solutions to your question within a few minutes after the submission. In case of urgency with the answer don't hesitate to leave us a message on our facebook page, because it can help you get your answers real fast, especially if we are away. Make sure to add correct email address in the submission form, since we will be sending your answers to the email address you provided in the form entry.





**Chegg Subscription Screenshot for your convenience**



**Method #2**

⭐ **Make Use of Chegg Free Trial**

**Did you know there is a free trial for Chegg that you can use to see Chegg answers for free?** If you are new to the site, and you have never subscribed to their services before, you are eligible to get a 4-week free trial on the Chegg study section.

Within 28 days (4 weeks) you can explore the **step-by-step solutions** for your questions from its extensive library of textbooks that are either online or available for rental. You can choose to buy the book, too, if you want to get solutions to your toughest assignments at any time. Keep in mind you will always need to pay if you want to rent or buy a book. On the other hand, viewing books online, searching answers from its huge Q/A database, asking for help from the online tutors, and getting answers from the subject experts if you can't find the answer in the Q&A database are things that you will get if you try Chegg for free using the trial.

SPONSORED SEARCHES

| read entire books online free | chegg viewer |
| people lookup | online tutoring |

🔗 **Activate Your Free Trial Now!**

**Method #3**

⭐ **Searching Your Question Across The Web**

Have you ever tried using a web browser to answer your questions? Google has countless amounts of information – it can help you get solutions to your homework if you use it correctly.



This method is very simple. Just search your question on sites like Google or Bing – if your question is familiar and has already been answered, there's a high chance the answer will appear among the first results. You will easily get the answer by using Google search correctly, or by checking out the search results and make your answer from them.

**Method #4**

⭐ **Get Chegg Answers for Free Using Similar Sites**

Certain websites on the web give textbook solutions, like Chegg, but free of charge. We have handpicked the best sites that can help you get answers for your questions for free. You will never get stuck in your homework or assignments again! All of the sites we have listed below are perfectly good alternatives to Chegg, and some of them even allow you to download books from Chegg for free. You can get answers for any kind of subjects – from Language, Science, Social Science, Maths, Business, Engineering & Technology, Arts & Humanities, to History, and more.

⚠️ **Important:** Important thing to know about the sites which are letting you download, view Chegg answers for free are considered as illegal but, you are 100% safe when using those sites to get free answers. Chegg is continuously taking actions on closing the web pages that illegally hosts their answers, in order to stop

misusing their contents. All the sites listed here are working as of March 2020, let us know in the comments section if any of the website not worked for you and we will update our listing.

## 1. Slader

This website offers free solutions for your homework. It has great quality – try it out and see it for yourself.

[ www.slader.com ]

## 2. StudyLib

StudyLib is a huge online study library, where you can find solved answers to questions, as well as books if you're looking for that.

[ studylib.net ]

## 3. Chegg.link (Down right now!)

Chegg.link works differently than the rest of the sites in this list. Using this tool, you can view Chegg answers for free! All you need to do is to just copy the Chegg question link that you want to view, paste it in the Chegg.link website, and click on the search button. You will see what you wanted to, within seconds.

[ chegg.link ]

## 4. PaperHelp

This site works very much like Chegg. It offers various tiers of writers that can do your essays for you – and it also offers different prices for each tier. You can select the best one for you. Check them out and get Chegg answers free 2020.

[ paperhelp.org ]

 **Tip:** If you are like the most people, want to save your money on subscriptions? please read our guides on How to Get Netflix for free, How to get Spotify premium for free and Free amazon gift cards.

## 5. CourseHero

CourseHero takes a different course of action than your standard tutoring sites: they base their services in a Q&A format, which is available to every tutor that wants to test their knowledge.

[ coursehero.com ]

## 6. Sparknotes

Sparknotes is a referencing site where you can find just what you were looking for to add the finishing touch to your essay or research. The best part about the site is the pricing – it's free!

[ sparknotes.com ]

## 7. CourseEagle

CourseEagle is one of the sites that offer solutions to your questions for free. All you need to do is search your question on CourseEagle, choose the most relevant answer to your

question, and download it in PDF format. We're sure you will find solutions to your questions on CourseEagle.

 courseeagle.com

## Method #5

> ⭐ **Get Chegg Answers For A Cheaper Price**

Buying a Chegg study subscription is worth if you regularly get hard assignments and homework to do. On the other hand, buying an expensive subscription for just a couple of questions is not a good idea. Instead of doing that, you can search and join the communities about Chegg on social networking sites like Facebook, Reddit, and Quora. You will have the possibility to connect with people who have a Chegg subscription. You can simply ask them to help you get answers from Chegg – in return, you should give them some bucks for doing this work for you, but hey, we're not forcing you to do so! or look for free chegg accounts username and password on google but, we can't guarantee that you will get an account with this way but, it's still good to give a try. By doing this, you can **save some money, and view Chegg answers for free, without paying for a subscription**.

These were our **top 5 recommendations about how to get Chegg answers for free**. Now it's up to you to use whatever suits your needs. Consider subscribing to the site, anyway – Chegg is worth paying for if you have complex questions or research regularly. What do you think about Chegg and all of its alternatives? Let us know in the comments section. And if you want to get more free accounts from techlacarte, we recommend you to participate on our Free netflix account giveaway, Free Hulu account list or spotify premium account list. Of course who wouldn't want freebies!

**TAGS**  Chegg

[Facebook]  [Twitter]  [Pinterest]  [Telegram]  [ReddIt]

Previous article                                   Next article
Free Vudu Codes 2020                    Roblox Promo Codes 2020

**RELATED ARTICLES**  MORE FROM AUTHOR



Netflix Cookies March 2020    How to Get Netflix for Free 2020    How to Get Apple Music Free Forever

**109 COMMENTS**

**valeriya**  January 14, 2020 at 6:58 am

I hope this works and i will get my answers soon 🙂 i've been struggling so much on this assignment question.

Reply



Reply

**Kate** February 9, 2020 at 6:03 pm

Hope you answer me as soon as possible, I really need to understand the task before my tomorrow exam..

Reply

**Witul** February 11, 2020 at 12:59 pm

Absoulutely amazing, just outstanding service. thank you so much for helping me solve a few of my Homework questions I sincerely appreciate your services.

Reply

**Jordanne** February 11, 2020 at 8:48 pm

Sent in my questions! Hopefully get replies sooner than 8 hours 🙂

Reply

**anne** February 22, 2020 at 9:44 am

hi! just sent my questions! hope to get a reply soon :))

Reply

**Jackson** February 23, 2020 at 7:35 am

You guys are amazing.

Reply

**Andrea** February 23, 2020 at 9:58 am

Guys! they are legit! awesome service! Than you so much!

Reply

**Rosie** February 26, 2020 at 7:45 pm

Thank you so much!!!
All I wanted was two questions answered 🙂 now I don't have to buy that monthly subscription. Even better considering the answer link I gave revealed to be wrong.

Reply

**ros** February 29, 2020 at 10:54 am

you guys are the best! thank you so much!!

Reply

**FItri Hakimi Johaimi** March 2, 2020 at 1:36 am

just submittted the question,hope will get soon

Reply

**ola** March 3, 2020 at 10:35 am

what is going on my question are not attend to since two days ago,even today i never get response

Reply

**TechLaCarte** March 3, 2020 at 10:50 am

Sorry for the inconvenience caused, Please reach us through our facebook page for know more information about this issue.

Reply

**James Pulido** March 17, 2020 at 1:18 am

Thank you so much. This page is a lot of help, especially for a student like me. Thank you so much

Reply

**Satish** March 21, 2020 at 11:31 pm

Can I get the book by tomorrow?

Reply

**Jayden** March 22, 2020 at 11:05 am

Hi, I would really appreciate a response ASAP, this is my first time using your service so I just want to know if it is legit or not. If this works, I will forever be indebted to you.

Reply

**TechLaCarte**  March 22, 2020 at 12:54 pm

Check your email inbox! We have a surprise for you ♥

Reply

**Jun Hyeong Park**  March 26, 2020 at 9:55 pm

Hello! I sent some questions that I need urgently right now. I hope to get answers soon!! Thanks a lot!❤

Reply

**John**  March 27, 2020 at 12:49 pm

Hey thanks so much! I was hoping I can get it sooner. I really would appreciate a response ASAP!

Reply

**Thank You, from students everywhere!**  March 29, 2020 at 2:10 am

Thank you guys so much for all the help!!! I'm so glad I found this website, and I definitely will be PayPal donating once I make some cash! THANK YOU for helping students everywhere, when they have no one to help tutor them, their studies become difficult because of their personal issues holding them back, or they don't have the money for their education!

Reply

**Alibek**  March 31, 2020 at 7:10 am

Hello,I would really appreciate the response ASAP.

Reply

« Older Comments

## LEAVE A REPLY





ANDROID   APPS   HOW TO   IOS   MAC   TIPS & TRICKS   WINDOWS



Founded in 2019, TechLaCarte is the fast growing website on Technology in the world, where we deal with reviews of products and apps and the tips & tricks. We are a team of bloggers who live with the breath of Android, iPhone and PC.

### Subscribe to Our Blog

Enter your email address to receive more cool Tips & Tricks on your Inbox.

Email Address

Subscribe

### Contact Us

Interested in TechLaCarte? Just leave us a mail if you have something to tell or ask us.. We will get back to you shortly.

Contact: admin@techlacarte.com

© TechLaCarte Copyright 2019. · All Logos & Trademark Belongs To Their Respective Owners

About Us   Contact Us   Privacy Policy