# EXHIBIT H



ANDROID    APPS    HOW TO    IOS    MAC    TIPS & TRICKS    WINDOWS

Home › Premium accounts › Free Chegg Accounts Username and Password

Premium accounts

# Free Chegg Accounts Username and Password

April 4, 2020          74

Facebook    Twitter    Pinterest    Telegram    Reddit



Follow US


4,320 Fans | 67 Followers | 2,947 Subscribers



Having tough assignments or other hard exercises on hand and looking for study help online but, can't afford a subscription? Make use of our Free Chegg Accounts Username and Password that works as of April 2020 and save both your money and time when completing homework.

**B** eing a student in college can be an overwhelming experience, as you must be constantly competing with the other students there and finishing the endless amount of homework and research you get assigned. If you have taken your studies to the next level, you must have heard about sites like Chegg at least once already. What's better than having a supportive hand that always does homework & assignments for you? Chegg is the website behind the success of many smart students, and you shouldn't be afraid of trying it! On Chegg, most of the students get help and assistance with their assignments or homework.



So if you are looking for someone to aid you with your study works, Chegg.com could be the best option for you! You can sign up on their website for free, but if you need tutoring or you want to use their textbooks, you are required to pay a fee. Said fee can be higher or lower depending on the type of help you choose. To be honest, having a free Chegg account without a paid subscription is like having a 52' UHD TV without a cable subscription: simply useless.

SPONSORED SEARCHES



Free Chegg Accounts

Answers to Homework

**Page Contents** [hide]

Free Chegg Account 2020
Post Your Chegg Question or Link & Get Answers Emailed to You
How to Get Chegg Free Trial (28 Days)
Free Chegg Accounts List April 2020
Search For Free Chegg Accounts On Reddit, Quora & Social Media Sites
   Reddit
   Quora

✉ **Free Chegg Account 2020**

Nowadays, a subscription is found in almost all of the digital services we use in our life – from games to movie streaming, almost all sites will ask you for money in some way or another. Chegg is not an exception to this. However, in Techlacarte we've written this article to help you by giving you **free Chegg accounts username and password combinations**



that work in April 2020.

Using our exclusive Chegg accounts, you can **get Chegg answers for free** without paying a dime. Apart from Chegg.com accounts; Here in our blog you can get premium accounts for most of the popular subscription services and apps for free of cost. If you are interested in trying any of our free accounts, just try it without a hesitate. We are currently offering **Free Netflix Accounts** (weekly giveaway), **Free Spotify accounts**, **Free Hulu Accounts** & **Vudu Codes**.





### Post Your Chegg Question or Link & Get Answers Emailed to You

You have run through the list of free Chegg accounts found on the web, but you weren't able to get the right Chegg account for what you need? Don't worry – most of the basic and well known common questions can be solved instantly using **Chegg's Q&A database**.

However, you can't view the solutions if you don't have a paid Chegg account. If this is your case, we can help you view the answer! In Techlacarte we have a Chegg subscription, and we can use it to help you out. You can see our chegg subscription status in the attached screenshot. We have a **Chegg subscription valid upto April 2020**, which costs $14.95 per month. Well you don't have to worry about the bill, because we paid it for you and we are offering this service for completely free of cost. Take advantage of this great opportunity that exclusively available to all of the TechLaCarte fans and visitors.





account giveaways, or you just want help from someone with a Chegg subscription, you should search for Chegg communities on these sites, and join them (for example, if you already have a Reddit account, just log in and search for Chegg communities in the subreddits) or just follow the links we given below.





After joining, keep up with those pages and be aware of the latest updates. If you are not patient enough to do this, or you need immediate help, then try to **ask for help from other people in the community – if you are lucky, they might help you out.** But in our opinion, instead of trying this long and time-consuming process, the best course of action is to try our previous listed method. **You just need to leave your question in the comments section of this article and let us get the free answers you need from Chegg.**

> 💡 **Tip:** Do you also want Free Gift Cards? Don't miss to checkout our previous articles about **Free Amazon Gift Cards**, **Free Steam wallet codes** and **Free Xbox Live Codes.**

We sincerely hope that you have learned way more by using a Chegg account than with any lecturer in school. What has been your experience with Chegg until now? Tell us about it in the comment section, and remember – if you need some help, we can help you!



TAGS   Chegg





Previous article
**Convert Spotify Music to Mp3 with TuneFab Spotify Music Converter**

Next article
**FREE Amazon Gift Cards 2020**

**RELATED ARTICLES**   MORE FROM AUTHOR






