# EXHIBIT J

From: **Zack 429** <guardiansofglaxy@gmail.com>
Date: Fri, Feb 28, 2020 at 12:44
Subject: Free Chegg Answer from TechLaCarte
To: <df59385@gmail.com>



Welcome to the family of **TechLaCarte**, Recently you've asked for Unblur this Chegg Question on our website:
https://www.chegg.com/homework-help/questions-and-answers/problem-3145-series-circuit-impedance-550-power-factor-0725-frequency-500-hz--source-volta-q9352099

**Please find your Answer Below / attached Image / Document!**

## Expert Answer

Impedance of the circuit, $Z = 55\,\Omega$
Power factor $= 0.725$
Frequency, $f = 50\,\text{Hz}$

Part B

Using the expression of power factor,

$$\cos\phi = \frac{R}{Z}$$

Resistance of the circuit is given by,

$$\begin{aligned}R &= Z \times \cos\phi \\ &= 55 \times 0.725 \\ &= 39.87\,\Omega\end{aligned}$$

Since the source voltage lags the current, it is a capacitance element. Capacitive reactance is given by,

$$\begin{aligned}X_C &= \sqrt{Z^2 - R^2} \\ &= \sqrt{55^2 - 39.87^2} \\ &= 37.88\,\Omega\end{aligned}$$

Power factor is unity means, $\cos\phi = 1$

$$\frac{R'}{Z'} = 1$$
$$R' = Z'$$

$$\text{Impedance, } Z' = \sqrt{R^2 + (X_L - X_C)^2}$$
$$X_L - X_C = 0$$
$$X_L = X_C$$

$$\text{Inductive reactance, } X_L = L\omega$$

$$\text{Inductance, } L = \frac{X_L}{\omega}$$
$$= \frac{X_L}{2\pi f}$$
$$= \frac{37.88}{2 \times 3.14 \times 50}$$
$$= 0.1206\,H$$

Tip: We usually share the answers in the portable file formats such as PDF, html, JPEG or come inline within Email body. Please use the right program to view the downloaded Chegg answer.

**Would you Buy me a coffee?** If yes, You can PayPal me at the below link.



🎁 Greetings from, techlacarte.com

❤ **Don't forget to Like & Follow US on Social Media to support US** ❤

Facebook | YouTube | Twitter

We have Successfully Saved your $15!