# EXHIBIT K



Home › How To

# How to Get Chegg Answers for FREE

February 7, 2021

Do you have hard assignments or homework that you need to finish, but **don't have a Chegg subscription? Are you looking for ways to get Chegg answers**

for free? We've made this article just for you – we have several working methods on hand to get Chegg answers for free without having the Chegg account.

Being a student in college is not an easy thing, regardless of what you're studying. You are required to study a lot just to face exams, do the activities, assignments, and recurring homework. It's normal to feel this kind of things give you a headache and consume your precious time, among other things. However, technology can make our lives easier in whatever we are doing, and college is not the exception to this. On the internet, certain websites can save a student's life by helping them in studies. And a few websites go one step forward and also do your homework for you, either partially or completely.

Today we are going to talk about the giant of online education help sites – Chegg. Using Chegg, you can get your homework done in minutes with the help of an expert. It doesn't matter what do you study or what do you need, you just ask your question on the website, get the answers online from Chegg's remote tutors and copy them on your notebook. Isn't it cool?

Chegg is a dedicated platform for online education, but it works like a freelancing website too. There are thousands of online tutors who work remotely for Chegg and get paid for answering your questions. With Chegg, you can even get textbooks for rental, and buy used books for a low price.

The only downside of Chegg is that its services are not free – all of them include a fee, which is used to pay its workers. Chegg has different subscription plan tiers, ranging from $6 to $50, depending on your needs and the kind of service you're looking for.

This is what makes its users look for ways to **access Chegg for free**. Actually it is possible to **see Chegg answers for free!** All you need to do is to read the methods we have shown here and try them yourself. I would highly recommend that you should try our free chegg answer unlock service exclusively available to all TechLaCarte readers & unblur chegg answers within minutes!

**Page Contents** [hide]

How to Get Chegg Answers for Free 2020
- Free CHEGG ANSWERS on TechLaCarte [Recommended]
- Fast Answers!
- Make Use of Chegg Free Trial
- Searching Your Question Across The Web
- Get Chegg Answers for Free Using Similar Sites
- Get Chegg Answers For A Cheaper Price

# How to Get Chegg Answers for Free 2020

## Method #1

### ⭐ Free CHEGG ANSWERS on TechLaCarte [Recommended]

We are always open to help the world with what we can afford. We love our blog readers – if you are new here, you should browse through our homepage. You will find many interesting freebies there, such gift cards, free account giveaways and especially to save students life we exclusively offer [free course hero unlocks](#) and free Chegg solutions. Consider them a gift for those who read us!

We have an active Chegg subscription, so guys, if you have any questions in your subject, just ask it directly by filling the handy form found below or in the comments section or reach us through of facebook page. In Techlacarte we are happy to help you with your tough assignments. You will receive complete solutions to your question within a few minutes after the submission. In case of urgency with the answer don't hesitate to leave us a message on our facebook page, because it can help you get your answers real fast, especially if we are away. Make sure to add correct email address in the submission form, since we will be sending your answers to the email address you provided in the form entry.

## Fast Answers!



For a rapid response, submit the **CHEGG Question link** instead of typing whole question. We'll answer you within 15 minutes to 5 hours.

You'll get faster answers if you ask questions individually.

If you found difficulties using our service, make sure you watch the video tutorial to know how to use it!



••• Ask your Chegg Questions Now!

**Important update!**

We are coming back shortly. The form will be available after processing the current waiting questions in queue. Estimated time is 30 minutes.

**Service Status**  Offline! (2905 Questions in the Queue)

 Refresh

Please refresh the page to check the current Service Status & number of questions on the queue right now.

*11300 Questions Answered today! More than 1215749 Homeworks, Assignments done by TechLaCarte as of 05 October 2020..*

**Chegg Subscription Screenshot for your convenience**



## Method #2

## ⭐ Make Use of Chegg Free Trial

**Did you know there is a free trial for Chegg that you can use to see Chegg answers for free?** If you are new to the site, and you have never subscribed to their services before, you are eligible to get a 4-week free trial on the Chegg study section.

Within 28 days (4 weeks) you can explore the **step-by-step solutions** for your questions from its extensive library of textbooks that are either online or available for rental. You can choose to buy the book, too, if you want to get solutions to your toughest assignments at any time. Keep in mind you will always need to pay if you want to rent or buy a book. On the other hand, viewing books online, searching answers from its huge Q/A database, asking for help from the online tutors, and getting answers from the subject experts if you can't find the answer in the Q&A database are things that you will get if you try Chegg for free using the trial.

Activate Your Free Trial Now!

# Method #3

## ⭐ Searching Your Question Across The Web

Have you ever tried using a web browser to answer your questions? Google has countless amounts of information – it can help you get solutions to your homework if you use it correctly.



This method is very simple. Just search your question on sites like Google or Bing – if your question is familiar and has already been answered, there's a high chance the answer will appear among the first results. You will easily get the answer by using Google search correctly, or by checking out the search results and make your answer from them.

# Method #4

# ⭐ Get Chegg Answers for Free Using Similar Sites

Certain websites on the web give textbook solutions, like Chegg, but free of charge. We have handpicked the best sites that can help you get answers for your questions for free. You will never get stuck in your homework or assignments again! All of the sites we have listed below are perfectly good alternatives to Chegg, and some of them even allow you to download books from Chegg for free. You can get answers for any kind of subjects – from Language, Science, Social Science, Maths, Business, Engineering & Technology, Arts & Humanities, to History, and more.

**Important:** Important thing to know about the sites which are letting you download, view Chegg answers for free are considered as illegal but, you are 100% safe when using those sites to get free answers. Chegg is continuously taking actions on closing the web pages that illegally hosts their answers, in order to stop misusing their contents. All the sites listed here are working as of October 2020, let us know in the

comments section if any of the website not worked for you and we will update our listing.

1. **Slader**

This website offers free solutions for your homework. It has great quality – try it out and see it for yourself.

www.slader.com

2. **StudyLib**

StudyLib is a huge online study library, where you can find solved answers to questions, as well as books if you're looking for that.

studylib.net

3. **Chegg.link (Down right now!)**

Chegg.link works differently than the rest of the sites in this list. Using this tool, you can view Chegg answers for free! All you need to do is to just copy the Chegg question link that you want to view, paste it in the Chegg.link

website, and click on the search button. You will see what you wanted to, within seconds.

chegg.link

### 4. PaperHelp

This site works very much like Chegg. It offers various tiers of writers that can do your essays for you – and it also offers different prices for each tier. You can select the best one for you. Check them out and get Chegg answers free 2020.

paperhelp.org

> **Tip:** If you are like the most people, want to save your money on subscriptions? please read our guides on How to Get Netflix for free, How to get Spotify premium for free and Free amazon gift cards.

### 5. CourseHero

CourseHero takes a different course of action than your standard tutoring sites: they base their services in a Q&A format, which is available to every

tutor that wants to test their knowledge.

coursehero.com

### 6. **Sparknotes**

Sparknotes is a referencing site where you can find just what you were looking for to add the finishing touch to your essay or research. The best part about the site is the pricing – it's free!

sparknotes.com

### 7. **CourseEagle**

CourseEagle is one of the sites that offer solutions to your questions for free. All you need to do is search your question on CourseEagle, choose the most relevant answer to your question, and download it in PDF format. We're sure you will find solutions to your questions on CourseEagle.

courseeagle.com

## Method #5

## ⭐ Get Chegg Answers For A Cheaper Price

Buying a Chegg study subscription is worth if you regularly get hard assignments and homework to do. On the other hand, buying an expensive subscription for just a couple of questions is not a good idea. Instead of doing that, you can search and join the communities about Chegg on social networking sites like Facebook, Reddit, and Quora. You will have the possibility to connect with people who have a Chegg subscription. You can simply ask them to help you get answers from Chegg – in return, you should give them some bucks for doing this work for you, but hey, we're not forcing you to do so! or look for free chegg accounts username and password on google but, we can't guarantee that you will get an account with this way but, it's still good to give a try. By doing this, you can **save some money, and view Chegg answers for free, without paying for a subscription**.

These were our **top 5 recommendations about how to get Chegg answers for free**. Now it's up to you to use whatever suits your needs. Consider subscribing to the site, anyway – Chegg is worth paying for if you have complex questions or research regularly. What do you think about Chegg and all of its alternatives? Let us know in the comments section. And if you want to get more free accounts from techlacarte, we recommend you to participate on

our Free netflix account giveaway, Free Hulu account list or spotify premium account list. Of course who wouldn't want freebies!