# EXHIBIT L



Welcome to the family of **TechLaCarte**, Recently you've asked for Unblur this Chegg Question on our website:

https://www.chegg.com/homework-help/questions-and-answers/please-help-slove-show-steps-solving-good-handwriting-q32997384

## You are just one step away from unblur your Chegg Answer!

 **Chegg Unlock Plans**

---

✳ **Basic Chegg plan - $2**, (Unlock upto 4 Chegg links).

✳ **Premium Chegg plan - $5**, (Unlock upto 20 Chegg links).

✳ **Monthly Chegg plan - $10**, (Unlock upto 10 Chegg links per day, valid for 28 days).

---

 We charge $2 for basic Chegg plan, You can Unlock 4 Chegg Links 

✳ **Tell us your PayPal email,** we will send you an invoice.

✳ **Make payment of $2** to our PayPal.

✳ After you sent the payment, We will email you the answers instantly.

## Our Refund policies :-

✳ We give full refund, When the unlocked link has no answers.

✳ If we failed to deliver you the answers before your assignment deadline.

✳ Refund is not applicable for partially solved answers, instead we give you 1 free unlock in the future.

## Alternate Payment options :-

✳ Gcash philippines, Smart load, Google Pay, Paytm and Paypal.

**Please reply to this email with your Preferred Chegg plan & Payment Method! to Get the answers you requested.**

Tip: We usually send the answers as images, texts within the email body, or in the html format (make sure you download the attached file and open with any of the web browsers like Chrome, Firefox to view the solution).

| | |
|---|---|
| **Learning Hub**<br>to me | 3:41 PM (0 minutes ago) |



🎁 **Greetings!** We have received your question! Your Unique submission ID is **CH-46893**.

🔓 **11 Unlocks remaining for your account!**

Link: https://www.chegg.com/homework-help/questions-and-answers/6-determine-value-following-tan-j078-tan-0942-j0429-c-sin-0942-j0429-cos-0942-j0429-1-q44873714

❗❗ Do not submit the same question link twice, this will charge your unlock credits. ❗❗

## So, What's next? When I will get my answers?!

✺ It won't take longer, **we usually send the answers within 2 to 15 minutes after the submission**.

✺ You can use your Unique generated submission ID to **track your submission status** on the 📤 tracking page.

✺ On the tracking page you will be able to see your **estimated wait time to get the answer** and number of people ahead you in the queue.

✺ If the tracking page shows "**Success**". We already sent you the answers to your email.

✺ **Please refresh your Email Inbox**, If you can't find our email in the inbox. Also **check Updates, Spam, Promotion, Junk mail folders as well**.

✺ In case email not received or facing any problems. You can always report us your problems by replying to this email.

🎁 Greetings from, techlacarte.com



ANDROID   APPS   HOW TO   IOS   MAC   TIPS & TRICKS   WINDOWS



💬
**Ask your Chegg Questions Now!**



**Email Sent!**

Thanks for posting your question! Your Unique submission ID is  CH-46893 .

**You are just a step away from your Chegg Unlock**

✸ **We just sent you the email** with the steps to unlock the Chegg Answer.

✸ Please **check your Email Inbox**, If you can find our email in the inbox. Also check *Updates, Spam, Promotion, Junk* mail folders as well.

✸ Make sure you reply to the email with your preferred method we shown in the email.

✸ In case you can't find our email end us message to our **Facebook page**. Mentioning the **Name & Email** that you just submitted in the form and also mention that you are contacting us for Chegg unlock. So that we able to identify your submission.

✸ You can use your Unique generated submission ID to track your submission status on the   tracking page .

Typically we respond to you with the unlocked solutions in less than 30 mins or in a few hours depending on our availability.

In case if you have any questions feel free to ask us on our facebook page.

♥ **Thanks for using TechLaCarte!** ♥

Do you have more questions to ask? Please click the **"refresh"** button given below to reload the form.

✸ You can use your Unique generated submission ID to track your submission status on the **tracking page** .

Typically we respond to you with the unlocked solutions in less than 30 mins or in a few hours depending on our availability.

In case if you have any questions feel free to ask us on our facebook page.

♥ **Thanks for using TechLaCarte!** ♥

Do you have more questions to ask? Please click the **"refresh"** button given below to reload the form.

## Important update!

The form is currently open for testing the new customized script, we temporarily opening this form to public use. We do not process question texts, only submit the chegg question link for receive the answers. Response time maybe slower. Thank you!

### Service Status



Online! (13893 Questions in the Queue)



Please refresh the page to check the current Service Status & number of questions on the queue right now.

# Important update!

Sorry to say that, Since ads are disabled on our website we temporarily changing to a paid unlock service. We requested for re-approval again on ads and after we will start the free service back. The form is currently open for processing the subscriber's request, only submit the chegg question link for receive the answers. Thanks for understanding!

**Service Status** 🟢 Online! (6334 Questions in the Queue)

