# EXHIBIT M



[adinserter block="14"]

## What Do These Tracking Terms Mean?

💬 **Submitted** – You've just made a successful submission.

⌛ **Queued** – Your submission has been queued for processing. You can expect to receive your order by the estimated time displayed.

✅ **Completed** – Your submission has been processed successfully. You can expect to receive email from us within next 30 minutes.



**Learning Hub** — 10:15 AM (2 hours ago)
Welcome to the family of TechLaCarte, Recently you've asked for Unblur this Chegg Question on our website: https://www.chegg.com/homework-help/questions-and-ans



**Learning Hub** — 10:46 AM (1 hour ago)
https://www.chegg.com/homework-help/questions-and-answers/4-accelerometer-consists-elastic-element-potentiometer-displacement-sensor-fit-following-s-q33064114 A



**Learning Hub** — 11:18 AM (1 hour ago)
https://www.chegg.com/homework-help/questions-and-answers/activation-energy-first-order-reaction-502-kj-mol-25-degree-c-temperature-rate-constant-do-q22101875 A

**Learning Hub** <examins@typicalmailer.com> — 11:57 AM (48 minutes ago)
to me



Welcome to the family of **TechLaCarte**, Recently you've asked for Unblur this Chegg Question on our website:

https://www.chegg.com/homework-help/questions-and-answers/find-taylor-polynomials-orders-0-1-2-3-generated-f-x--f-x-4-x-1-p0-x-q20411527

**Please find your Answer below (or) in the attached Image / Document!**

**Question:**