# EXHIBIT N

# INVOICE

**Marvella's Store**

Noe Marvella

noelynnemrvla@gmail.com

Invoice #: 3032
Invoice date: Mar 10, 2021
Due date: Mar 10, 2021

Amount due:
**$5.00**

Bill To:

trsquires44@gmail.com

| Date | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Nov 17, 2027 | Join our thousands of daily new updates<br>Subscribe to our email newsletter to receive instant tech news, updates, and promotions | 1 | $5.00 | $5.00 |
| | | | Subtotal | $5.00 |
| | | | Shipping | $0.00 |
| | | | **Total** | **$5.00 USD** |

## Name *

Travis

## Email *

trsquires44@gmail.com

## Enter your Chegg Question or Link! *

Please enter your Chegg Question or the Question link that you want to unblur.

Submit

## Important update!

The form is currently open for testing the new customized script, we temporarily opening this form to public use. We do not process question texts, only submit the chegg question link for receive the answers. Response time maybe slower. Thank you!

**Service Status** 🟢 Online! (10671 Questions in the Queue)

 Refresh



**Noe Marvella**

March 10, 2021

Invoice paid

− $5.00

---

**Paid with**

Chase Debit Card  $5.00
VISA Debit Card x-7809
You'll see "PAYPAL *NOELYNNEMRV" on your card statement.

**Ship to**

Travis Squires
2930 N Bryant St
Portland, OR 97217
United States

**Transaction ID**

3K610384X45664742

**Seller info**

Noe Marvella

noelynnemrvla@gmail.com

**Purchase details**

Join our thousands of daily new updates  $5.00
Subscribe to our email newsletter to receive instant tech news, updates, and promotions

---

Total  $5.00

**View invoice details**

 Print details

---

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **September 6, 2021**. You may be eligible for purchase protection.

⚠ Report a problem

Pay $5.00       

# INVOICE

**Marvella's Store**

Noe Marvella

noelynnemrvla@gmail.com

Invoice #:  3032
Invoice date:  Mar 10, 2021
Due date:  Mar 10, 2021

Amount due:
**$5.00**

**Bill To:**

trsquires44@gmail.com

| Date | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Nov 17, 2027 | Join our thousands of daily new updates Subscribe to our email newsletter to receive instant tech news, updates, and promotions | 1 | $5.00 | $5.00 |
| | | | Subtotal | $5.00 |
| | | | Shipping | $0.00 |
| | | | **Total** | **$5.00 USD** |


Learning Hub <examins@typicalmailer.com>
to me

1:11 PM (2 hours a



Welcome to the family of **TechLaCarte**, Recently you've asked for Unblur this Chegg Question on our website:
https://www.chegg.com/homework-help/questions-and-answers/4-accelerometer-consists-elastic-element-potentiometer-displacement-sensor-fit-following-s-q33064114

**Please find your Answer below (or) in the attached Image / Document!**

---

### Question

4. An accelerometer consists of an elastic element, a potentiometer as displacement sensor has to fit to the following specifications:

Input range = 0 to 5g,
Damping ratio = 0.8,
Output range = 0 to 10 V,
Maximum Nonlinearity = 2.0% f.s.d,
Natural frequency = 10 Hz,
Seismic mass = 0.005 kg.



(a) Find the required spring stiffness and damping constant (10%)

(b) Find the displacement range of the potentiometer? (10%) (g = 9.81 m.s$^{-2}$)

---

### Answer

spring mass damper system(damped vibrations) here damping ratio is 0.8 therefore C=

...

 Reply     Forward

Learning Hub <examins@typicalmailer.com>
to me

Case 5:21-cv-02139-SVK   Document 1-14   Filed 03/26/21   Page 7 of 7

12:46 PM (3 hours ago)


Chegg Free!

Welcome to the family of **TechLaCarte**, Recently you've asked for Unblur this Chegg Question on our website:
https://www.chegg.com/homework-help/questions-and-answers/34-select-appropriate-answer-choices-given-1-response-undamped-system-resonance--large-b-i-q29098378

**Please find your Answer below (or) in the attached Image / Document!**

Question

**3.4** Select the most appropriate answer out of the choices given:

1. The response of an undamped system under resonance will be
   a. very large     b. infinity     c. zero

2. The reduction of the amplitude ratio in the presence of damping is very significant
   a. near $\omega = \omega_n$     b. near $\omega = 0$     c. near $\omega = \infty$

3. The frequency of beating is
   a. $\omega_n - \omega$     b. $\omega_n$     c. $\omega$

4. The energy dissipated in a cycle by dry-friction damping is given by
   a. $4\mu NX$     b. $4\mu N$     c. $4\mu NX^2$

5. The complex frequency response, $H(i\omega)$, is defined by
   a. $\dfrac{kX}{F_0}$     b. $\dfrac{X}{F_0}$     c. $\left|\dfrac{kX}{F_0}\right|$

6. The energy dissipated over the following duration is considered in finding the equivalent viscous-damping constant of a system with Coulomb damping:
   a. half cycle     b. full cycle     c. one second

7. The damping force depends on the frequency of the applied force in the case of
   a. viscous-damping     b. Coulomb damping     c. hysteresis damping

8. The system governed by the equation $m\ddot{x} + c\dot{x} + kx = 0$ is dynamically stable if
   a. $k$ is positive     b. $c$ and $k$ are positive     c. $c$ is positive

9. Complex stiffness or complex damping is defined in the case of
   a. hysteresis damping     b. Coulomb damping     c. viscous damping

10. The equation of motion of a machine (rotating at frequency $\omega$) of mass $M$, with an unbalanced mass $m$, at radius $e$, is given by
    a. $m\ddot{x} + c\dot{x} + kx = me\omega^2 \sin \omega t$     b. $M\ddot{x} + c\dot{x} + kx = me\omega^2 \sin \omega t$
    c. $M\ddot{x} + c\dot{x} + kx = Me\omega^2 \sin \omega t$