# EXHIBIT O

## How to get Chegg Answers for free 2020

By **Techfilx** - March 18, 2021

> Its really painful to solve the assignments and homework without the help of Chegg currently. We need to pay Chegg monthly to view the Textbook answers. Here in this article we'll show you the different ways to view Chegg answers or **Unblur Chegg answers for Free**. Also we have the active Chegg subscription so we are providing the **free Chegg answers** to all our readers for free!.

E very person in their life has gone through a phase known as the "Student Phase". It is the most important and probably the most confusing time in their life. In this period, the students go through different examinations, get assignments from school and college, find answers for their exams, take courses, take coaching and many more. As the whole world is heading towards digitalization, everything seems to come out from books and enter the internet world.

Students now don't prefer to read books but they rather like to watch lecture videos and seek answers online. With numerous options in the digital world, they often get confused which site to consider, and which one not to.

While surfing the internet, the students end up wasting a lot of time behind the website where the work is half done and probably, is of no help. On the contrary, there are sites that can help you understand and complete your assignment within a couple of hours.

Chegg comes as such an expert education assistance site that has been developed to meet the students' requirements worldwide. With the aid of an expert, you can get your job done within some moments using this site. It doesn't depend on what you're learning or what related answers you need, you can just ask your question on the website in the given section and can get them answered from Chegg's remote teachers and then copy it in your notebook. Isn't it awesome?

Let's dive in to know more about how to **unblur Chegg answers for free**.

**Page Contents** [hide]

1 How to Unblur Chegg Answers for free
    1.1 Using Free Chegg Answers Service by TechFilx
    1.2 Rapid Chegg Answers
    1.3 What is Chegg?
    1.4 Who are Chegg tutors and how do they work?
        1.4.1 1. Submit your question or doubt
        1.4.2 2. You can choose a tutor
        1.4.3 3. You can start a lesson
    1.5 Why Chegg?
        1.5.1 1. Helps to do homework effectively
        1.5.2 2. Get 24/7 help from online tutors
        1.5.3 3. Helps you find answers you need to get
        1.5.4 4. Includes video lecture guides
        1.5.5 5. Fast response
    1.6 Why do answers appear to be blurred on Chegg?
    1.7 Accessing Chegg free trial
    1.8 Google or any search engine
    1.9 Using discord app
    1.10 Free Chegg answers using similar sites
    1.11 Chegg alternative sites
        1.11.1 1. StudyLib
        1.11.2 2. Slader
        1.11.3 3. CourseEagle
    1.12 What is Chegg study and how does it work?
        1.12.1 a) Textbook solutions
        1.12.2 b) Expert Q&A
    1.13 Using Chegg study- Cancel Anytime for Free:
    1.14 Join Facebook page for free Chegg answers
        1.14.1 Free Chegg
    1.15 Find Facebook Groups
    1.16 Conclusion

## How to Unblur Chegg Answers for free

Let us go through different methods and know about the different ways to unlock Chegg free answers.

## Using Free Chegg Answers Service by TechFilx

Since we have always brought something useful for our readers on the table, this time, we thought of giving you something that will help you find answers to all your questions. Not only do we give **free Chegg answers** but we also provide gift cards, free account creation, account giveaways and many more such eye-catching deals. You just need to come to our website and enter the question links of the ones you need to unblur the answers, and we will mail you the solutions within 15 minutes!.

## Rapid Chegg Answers



For quick Chegg answers submit only the Chegg question link instead of typing the whole questions. Its a time consume process if you submitted the question. Ask questions one by one for Rapid answers.



Chegg Answers Status 🟢 ( 1072 Questions are in Queue)

Refresh

*Click the refresh button to submit one more question for free!.

We have an active subscription to Chegg, so friends, if you have any queries about your topic, just address it explicitly by filling in the useful form present in our website, ask us any query you want and visit us via our Facebook page. We are pleased to assist you with your daunting tasks. Within a few minutes following the request, you will receive full responses to your query. Do not hesitate to leave us a note on our social media page in case of urgency with the answer, because it will help you get your answers very quickly, especially if we are away. Please ensure to enter the correct email address in the form submitted, and we will give your responses to the email address within an hour given in the application form.

> **Tip:** Are you new to TechFilx?, We are doing so many freebies in our websites like Netflix for Free, Spotify Premium for free and Free Hulu accounts. We do more freebies and giveaways in our website in future. Go to our Freebies section and explore more contents!.

# What is Chegg?



Chegg is indeed a focused virtual learning network, but it also serves as a forum for freelancers. There are tons of teachers available who run for it online and also get payments for giving answers to your questions. You can even buy textbooks or get them for rentals with this website, and purchase used materials as well at a comparatively cheaper price.

It almost gives all the answers to all the problems given by you but the free trial has a limitation and you will have to invest some money to access its answers after the free trial period ends. The fee paid by the students for finding their answers are paid to the tutors whoo, the, provide the solutions.

However, you might wonder whether the website gives access to free answers without doing the payment or not. Yes, it is possible to get Chegg answers for free! You just have to do a small task. All you need to do is – go through the methods written below and try to incorporate them as you search for answers on Chegg. Also, Unblur the answers and unlock your way to find the best possible response to your questions.

Who are Chegg tutors and how do they work?

Chegg tutors comes as an official extension of Chegg study. It is the best one for instant help and the best part about it is that you can avail its services 24/7 and ask for all kinds of solutions that you need in the process. Just Login to Chegg tutors and there is always a tutor for you in any time zone to help you find your way. When you login to the website, you will get a 30 minute free trial session of tutoring. Follow the steps below to take the best out of the opportunity.

### 1. Submit your question or doubt

Just give the question in the question bar option and mention the time limit when you need to get the answers and click on "find me a tutor" option.

### 2. You can choose a tutor

When you click on the given option, you will get a list of teachers who are available to help you at the moment. You just need to reply to their message and then a conversation will automatically start between you and the tutor and then you can get the answers real quick.

### 3. You can start a lesson

Once you find the tutor, you can click on start a lesson whenever you want and then a virtual white board will appear and the tutor will start explaining the answers to your questions for your better understanding. It will be a one to one conversation and will also make you feel like you are studying in a classroom.

In this way, you can avail the opportunity from the site to make your work easier and keep any hassles at bay. Once you use it, you will find it a lot more time saving and the best way to get the solutions to all the questions.

### Why Chegg?

As we mentioned above, Chegg is the worldwide known site for finding answers easily. Finding Chegg's answer for free is not a tough task at all if you follow the guide suggested by us. But still, you might wonder, what made us choose Chegg when there are so many educational websites available these days. We have mentioned the following factors below:

### 1. Helps to do homework effectively

It helps to do your home works and assignments by providing you with the correct answers. They provide step-by-step solutions for over 80 subjects and from different fields. Even a student, who doesn't know much about the particular subject will be able to understand it from the given answers only by getting a brief introduction about it, and that too, within a few minutes.

### 2. Get 24/7 help from online tutors

Tutors here are from all over the world and are available for 24/7 to answer all your doubts. You just need to click a picture of your question or type it down and send it in the chat section. The answers will reach to you within 20-30 minutes. Even if both of you are from different time zones, it hardly matters.

### 3. Helps you find answers you need to get

Seeing your doubt, it provides the best available and full answer of the question. Alongside, the tutors also make sure that you can get a brief knowledge about the subject of the question, and know its important part.

### 4. Includes video lecture guides

Students and even other people rely more on video lectures than reading the big fat books. Doing video classes not only makes studying a lot more interesting and fun but ensures easier study methods as well. It will also make you feel like you are in a classroom and thus sets the right ambiance to study. Though the lectures are quite short but within the particular time limit, it gives you the detailed explanation of every answer which makes it more simpler to get things done without taking any stress.

### 5. Fast response

The best part of this website is you can get faster response from the tutors even when you haven't paid or subscribed to any of its paid plans. The tutors here treat everyone equally and solve the answers to your questions, with the same dedication as they reply to paid ones.

## Why do answers appear to be blurred on Chegg?

Chegg is a paid service and you need to pay a minimal amount for its subscription. So, when you try to access the answers of Chegg without paying the amount, it appears to be blurred asking for payment before revealing the solutions. This happens because it is a

freelance site and it pays the money to the tutors present there. Below are the methods to unblur the Chegg answers for free.

## Accessing Chegg free trial

Chegg offers a 4 weeks or 28 days free trial for the students who are new to the site or have never subscribed to their offers before. You can access their textbooks, online materials, answers from their online tutors and many more advantages will be provided in these 4 weeks. If you want to rent or buy a book, you have to pay (even if it is a free trial) but if you want to view the online materials, get a step by step solution for your hardest assignments from the online tutors, and then you can get it for free if you choose the free trial period.

## Google or any search engine

These are websites or search engines, everyone relies on when it comes to finding answers for assignments, in exams, in life and many more. Typing the questions in here and finding the correct and relevant answers is the main motive to complete.

## Using discord app

You can find free Chegg answers by using the Discord application. It gives the lease of finding 2-3 answers per hour and helps you in a lot of ways. Below are the steps to follow while using discord app to find the answers-

- Go to Google and search for discord links to find Chegg answers for free.
- The links will come. Choose one and go to the link.
- Login in discord using the given link and filling up the details.
- After doing this you will enter into the **Chegg free answers** channel.
- Write the question you need to know the answer of.
- The bot will process the question and find out the answers within 30 mins or so.
- Voila! Your answers are ready to be understood and transferred to your notebook.

## Free Chegg answers using similar sites

There are many websites that give solutions just like in Chegg and more importantly, for free. They will provide you with the exact or even better solution than Chegg alone can provide with the needful security measures. These sites are easily accessible and some of the sites also have provision to download or access answers from Chegg for free. Below are some alternatives of Chegg which can make your work easier.

### Chegg alternative sites

*These sites below will help you to find any answers related to any subjects you are pursuing, be it science, technology, engineering, mathematics, history, business and more.*

### 1. StudyLib

It has a wide range of already solved solutions to many questions. It is a huge library found online for study. Many books and solutions can even be downloaded from this site. It even gives provision for flashcards to make it more convenient. It can be said as a good alternative for Chegg.

Visit StudyLib

## 2. Slader

This one provides greater and free access to students for finding solutions. It also contains a large number of MCQs and other questions for exam preparation and also gives the accurate answers to the questions.

Visit Slader

## 3. CourseEagle

It has a Q & A format which helps students and even teachers to test the knowledge they have and is different from other tutoring sites.

Visit CourseEagle

### What is Chegg study and how does it work?

Chegg study is the tool or website through which you can access the free or paid answers given by the remote tutors. There are two parts included in the Chegg study-

### a) Textbook solutions

Talking about textbook solutions, it just acts as an open book but is present online. If you are looking for any answers with step by step solutions, then this is the right place to come. Chegg study will provide the detailed solution for many ISBNs with many odd and even solutions. It is the best place to get the textbook answers that you find in your school and college books. They are more or less the same.

### b) Expert Q&A

The expert Q&A is required but every problem will not come from the textbook and so it is necessary to find the solutions which are out of the book and that is why this method is included so that it will be easy for students to get the answers without stressing out by having a one to one conversation with the tutors present online.

There is also a recommended questions section, which will help you to know what are the most asked questions by the people all over the world and what are the possibilities of those questions to come in exams or assignments.

Even they provide you with great Chegg study tools like bookmarks which will help to save a particular question which you may require in future. With these advanced tools, learning the answers becomes a lot easier.

## Using Chegg study- Cancel Anytime for Free:

All you need to do here is sign up for Chegg and go through it. You have to pay a minimal amount of $15 and the best part is you can cancel it anytime for FREE and you don't have to worry about getting back the money. After your cancellation is reviewed, the payment will be made to the original source. Below are the steps that you need to follow to take the advantage of the tool without investing a single penny for this.

1. Go to the Chegg Study Page and check the page.
2. Click on the "try Chegg study" button and click on the plan you like.
3. Try it for a month and don't worry about the money because you can cancel it anytime for free.

### Join Facebook page for free Chegg answers

Let's not forget the social networking site that came into play before whatsapp and others. People, now-a-days, are finding Facebook an interesting way of getting several things done; starting from dresses, home decor, jobs, freelancing works, answers and a lot many. No doubt that it can be a great platform to find the Chegg answers as well. Once you go to facebook, you will be able to find many groups. All you have to do is-

- Go to the search bar.
- Type "**Chegg answers free**".
- A number of groups will open. Click on one group and join it.
- Type or paste the question in the comment section or post section.
- Boom! You will get the answers with a short span of time.



Free Chegg

**Find Facebook Groups**

Click Here

## Conclusion

We have provided you with numerous ways to find out **free Chegg answers**. Above are the different methods that can be used or relied upon if you want to find answers for free from Chegg or sites related to that. Unblurring Chegg answers feels like you have found a path to take your life forward to a success point. You can check each and every method and find whether which one is perfect for you. Keep browsing and finding solutions to all your problems!