EILEEN R. RIDLEY, CA BAR NO. 151735
    eridley@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:   415.434.4507

JAMI A. GEKAS, (*Admitted PHV*)
    jgekas@foley.com
JOSHUA L. HARRIS (*Admitted PHV*)
    jlharris@foley.coM
**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 3000
CHICAGO , IL 60654-5313
TELEPHONE:  312.832.4500
FACSIMILE:   312.832.4700

Attorneys for Plaintiff CHEGG, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEGG, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, a/k/a "JAKE IRWIN", a/k/a "JASON AJ", a/k/a "GODWIN CHRISTO", d/b/a "TECHLACARETE", d/b/a "TECHFILX" <br><br> Defendant. | Case No: 5:21-CV-02139-SVK <br><br> **PLAINTIFF CHEGG, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41, Plaintiff Chegg, Inc. ("Chegg") voluntarily dismisses without prejudice the above captioned action against Defendant "John Doe", et al. ("Defendant"). Defendant has not served an answer or filed a motion for summary judgment. Dismissal without prejudice is therefore appropriate without a court order. Fed. R. Civ. P. 41(a)(1)(A)(i).

DATE: August 30, 2021

**FOLEY & LARDNER LLP**
EILEEN R. RIDLEY
JAMI A. GEKAS (*Admitted Pro Hac Vice*)
JOSHUA L. HARRIS (*Admitted Pro Hac Vice*)


 */s/ Eileen R. Ridley*
Eileen R. Ridley
Attorneys for Plaintiff
CHEGG, INC.