# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEGG, INC., | ) CASE NO: 5:21-CV-02139-SVK |
| Plaintiff, | ) [PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| v. | ) |
| JOHN DOE, a/k/a "JAKE IRWIN", a/k/a "JASON AJ", a/k/a "GODWIN CHRISTO", d/b/a "TECHLACARETE", d/b/a "TECHFILX" | ) |
| Defendant. | ) |

Plaintiff Chegg, Inc. has requested that the Court dismiss this action against John Does 1-10 without prejudice.

Good cause being found, all claims and defenses currently pending in the above-captioned action are hereby dismissed without prejudice.

Parties shall bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 1, 2021

_____
Honorable Susan van Keulen
United States Magistrate Judge